| | |
|---|---|
| 1 | BRIAN S. KABATECK (SBN 152054) |
|   | bsk@kbklawyers.com |
| 2 | RICHARD L. KELLNER (SBN 171416) |
|   | rlk@kbklawyers.com |
| 3 | JOSH H. HAFFNER (SBN 188652) |
|   | jhh@kbklawyers.com |
| 4 | ART GHOLIAN (SBN 258280) |
|   | ag@kbklawyers.com |
| 5 | KABATECK BROWN KELLNER LLP |
|   | 644 S. Figueroa Street |
| 6 | Los Angeles, California 90071 |
|   | Telephone: 213.217.5000 |
| 7 | Facsimile: 213.217.5010 |
| 8 | Attorneys for Plaintiffs |
| 9 | JEFFREY A. ROSENFELD (SBN 136896) |
|   | Jeffrey.rosenfeld@dlapiper.com |
| 10 | ANA TAGVORYAN (SBN 246536) |
|   | Ana.tagvoryan@dlapiper.com |
| 11 | DLA PIPER LLP (US) |
|   | 1999 Avenue of the Stars, Fourth Floor |
| 12 | Los Angeles, CA 90067-6022 |
|   | Tel: 310.595.3000 |
| 13 | Fax: 310.595.3300 |
| 14 | RUSSELL B. WUEHLER (SBN 223155) |
|   | Russell.wuehler@dlapiper.com |
| 15 | DLA PIPER LLP (US) |
|   | 701 Fifth Ave., Suite 7000 |
| 16 | Seattle, WA 98104 |
|   | Tel: 206.839.4800 |
| 17 | Fax: 206.839.4801 |
| 18 | Attorneys for Defendants |
|   | CLASSMATES ONLINE, INC.; |
| 19 | CLASSMATES MEDIA CORPORATION; and |
|   | UNITED ONLINE, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| ANTHONY MICHAELS, individually and on behalf of all others similarly situated,<br><br>Plaintiff, | CASE NO. CV 08-8041 DSF (VBK)<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING THIS ACTION TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTION AT SEATTLE** |

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | vs. |
| 2 | CLASSMATES ONLINE, INC.; CLASSMATES MEDIA |
| 3 | CORPORATION; UNITED ONLINE, INC.; and DOES 1 through 50, inclusive, |
| 4 | |
| 5 | Defendants. |

**WHEREAS**, on or about October 30, 2008, Plaintiff Anthony Michaels filed a complaint in this action with the Los Angeles Superior Court for the County of Los Angeles against Defendants Classmates Online, Inc., Classmates Media Corporation, and United Online, Inc.;

**WHEREAS**, on or about December 5, 2008, Defendants Classmates Online, Classmates Media, and United Online filed a Notice of Removal in this action, removing this case from the Los Angeles Superior Court to this Court;

**WHEREAS**, on or about December 12, 2008, Defendants Classmates Online, Classmates Media, and United Online filed a Motion to Dismiss Pursuant to FRCP 12(b)(3) or, in the Alternative, to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) (the "Motion");

**WHEREAS**, Defendants' Motion seeks dismissal or an alternative transfer of this action to the United States District Court for the Western District of Washington at Seattle based upon a forum-selection clause, which Defendants contend is binding on the Parties and mandates that this dispute is subject to the exclusive jurisdiction of the courts in the state of Washington;

**WHEREAS**, the hearing for Defendants' Motion is set for January 12, 2009;

**WHEREAS**, the Parties have agreed that this case shall be transferred to the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. §§ 1404(a) & (b) and Western District of Washington Local Rule CR 5(e);

— 2 —
**STIPULATION AND [PROPOSED] ORDER**

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their counsel of record, that this action be transferred to the United States District Court for the Western District of Washington at Seattle pursuant to 28 U.S.C. §§ 1404(a) & (b) and Western District of Washington Local Rule CR 5(e).

**IT IS SO STIPULATED.**

Dated: December 31, 2008          KABATECK BROWN KELLNER


By:   /s/ Josh Haffner
      Josh Haffner
      Art Gholian
      *Attorneys for Plaintiff and the proposed class*


Dated: December 31, 2008          DLA PIPER LLP (US)


By:   /s/ Russ Wuehler
      Jeffrey A. Rosenfeld
      Ana Tagvoryan
      Russ Wuehler
*Attorneys for Defendants Classmates Online, Inc., Classmates Media Corporation and United Online, Inc.*

**STIPULATION AND [PROPOSED] ORDER**