**EXHIBIT 2A**

1 visitor signed your guestbook, Anthony

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 1 visitor signed your guestbook, Anthony
Date: Mon, 12 Mar 2007 10:06 am

 classmates·com·


March 12, 2007
Become a Gold Member Today!



# Classmates Connections ®

Hey Anthony,

Dazzling photos deserve Best of Classmates nods. **Recognize this recent champion from Garinger High School?**



| Name | Category |
|------|----------|
| Pam Couchell | Best Photo |

When you see a remarkable picture or story, be sure to click ☺ to Nominate as the Best of Classmates.

**P.S. Post some note-worthy photos today and get nominated yourself!**

## New Photos



**32 new profile photos** have been posted in your communities this month.

**Garinger High School (1987 – 1991):**
A. Holmes (18), L. Miller (1), T. Young (1), S. Carias (2), D. Lockwood (9), J. Lloyd (1)

**Check out who else posted new photos.**

## New in Your Communities



**32 new members** joined your communities this month.

**Garinger High School (1987 – 1991)**
**32 new members**
**13 new/updated profiles**
**View now!**

( Add More Communities ≫ )

**Anthony, who's waiting to hear from you?**

**Become a Gold member and reconnect!**

### All About Numero Uno



People are interested in you, Anthony.

   9 people browsed your profile
   1 visitor autographed your guestbook this month

Garner even greater numbers: **Post new profile photos** and announcements.

### Feature This



 **New Classmates Dating Beta** shows you who's dating at **Garinger High School.**

**Locate old friends** with new **Classmates Maps.**

**Access Garinger High**

MICH00003
3/27/2009

## Get Ready for Meaty Stats



You last updated your profile 116
days ago. Is this still true?



**Q: How would you describe your
political views?**
A: Very Liberal

**Q: What kind of pet(s) do you have?
(Check all that apply)**
A: Cat(s)

**Q: What country do you live in today?**
A: UNITED STATES

**Complete or update your Q&A today.** Then get ready
for **meaty stats on how you compare with alumni
and peers.** We'll feature those in a forthcoming issue of
Classmates Connections®.

**School chitchat more
easily** on newly enhanced
**message boards.**

Dive in and try 'em out.

## What Do YOU Think?

**What do you think about
Classmates Connections®?**

Too much info, not enough info, or
just the right amount?

**Please tell us what you think.**

Communities   Message Center   Profile   People Search



**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To
change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center.
Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address
book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Who signed your guestbook, Anthony?
Date: Mon, 19 Mar 2007 4:37 am

---

 ## Who checked you out?



Hi Anthony,

**1 person signed your profile!**

Think you know who it was? **Find out who's thinking of you now.**

Thanks for being a member of Classmates.com.

 **classmates·com·**

### Your Visitor Stats

**13 visits** to your profile since you joined.
**3 people** signed your profile since you joined.
**1 person** signed your profile.



**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

**From:** Classmates.com <ClassmatesEmail@classmates.com>
**To:**
**Subject:** Who signed your guestbook, Anthony?
**Date:** Fri, 23 Mar 2007 4:44 am

---

 

## Who checked you out?

Hi Anthony,

**1 person signed your profile!**

Think you know who it was? **Find out who's thinking of you now.**

Thanks for being a member of Classmates.com.

**classmates·com**

### Your Visitor Stats

**16 visits** to your profile since you joined.
**4 people** signed your profile since you joined.
**1 person** signed your profile.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

4 guestbook signatures, Anthony

**From:** Classmates.com <ClassmatesEmail@classmates.com>
**To:**
**Subject:** 4 guestbook signatures, Anthony
**Date:** Fri, 13 Apr 2007 8:09 am

---

  classmates·com·

April 13, 2007
Become a Gold Member Today!



# Classmates Connections ®

Hello Anthony,

The back-fence banter has been flying on **your community message boards**. Take a peek at the most recent threads:

**Garinger High School**

## New Photos

**34 new profile photos** have been posted in your communities this month.

**Garinger High School (1987 – 1991):**
E. Johnson (2), C. Rodgers (1), S. Black (1), T. Thomas (2), L. Sandifer (2), M. Ayers (1), D. Jackson (1), J. Kirk (3), J. Gressling (1), S. Reese (4)

**Check out who else posted new photos.**



## New in Your Communities

**41 new members** joined your communities this month.

**Garinger High School (1987 – 1991)**
**41** new members
**17** new/updated profiles
**2** new announcements
**View now!**

( Add More Communities ≫ )

## Find Out Who's Dating

**Anthony, who's waiting to hear from you?**

**Become a Gold member and reconnect!**

### Who's Curious About You?



Guestbook signatures this month:           **4**

Visits to your profile:           **21**

P.S. Give your fans **fresh photos** and **personal blurbs.**

### Neighborhood News



Your communities have been hoppin' this year:

**101**    new members joined
**49**    updated profiles
**177**    new photos posted
**1285**    members on the map

**Did you miss anyone new?**

MICH00010
3/27/2009

4 guestbook signatures, Anthony



**See for Free Extended**



Is anyone from **Garinger High School** looking for love?

It's easy to find out. At the top of your member list, click **Profile**, then choose **Dating**. Then look for the ❤s at the top of the list.

**Search for singles now.**

You've told us you're loving **free access to all the memory-tickling photos, bios, and Q&As in your community.**

So we've extended it a little longer. Take advantage: Freshen your profile and see what's shaking with all your old friends from **Garinger High School.** (Hurry, this perk may end soon.)

Please take a moment to **tell us what you think of Classmates Connections®**.

Communities    Message Center    Profile    People Search

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

MICH00011
3/27/2009

6 guestbook signatures--and counting

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 6 guestbook signatures—and counting
Date: Tue, 31 Jul 2007 7:37 am

---

 classmates·com·


July 31, 2007
Become a Gold Member Today!



# Classmates
# Connections                    ®

Hi Anthony,

**2 memory-tickling new photos** were added to **your community albums this year**. Look for shots of friends' faces, reunion shindigs, and summer outings.

**Garinger High School (1987 – 1991):**
C. Stuckey (2)



**Anthony, who's waiting to hear from you?**

**Become a Gold member and reconnect!**

### It's All You

You're obviously a people person, Anthony:

6 visitors signed your guestbook this year

25 people have scoped out your profile

0 people asked you for more

Those numbers can only go up when you add **fresh photos** and the latest in your life.

## New Photos

**22 new profile photos** have been posted in your communities this week.

**Garinger High School (1987 – 1991):**
R. Ross (4), T. Weldon (1), S. Nolley (10), S. Gleaves (1), M. Odom (1), M. Faulkenbury (2), L. Parker (3)

**Check out who else posted new photos.**



## New in Your Communities



2 NEW members joined your communities this week.

**Garinger High School (1987 – 1991)**
2 new members
3 new/updated profiles
**View now!**

( Add More Communities ⟩

### Back-to-School Shopping



Stock up on books, clothes, and school supplies for the kids.

Then **treat yourself** with a little something from **My Points**™. You deserve it, don't you?

## Sizzlin' Summer Blockbusters

MICH00014
3/27/2009

6 guestbook signatures--and counting



**Which summer flicks have you caught so far**—swashbuckling pirates, wily wizards, green ogres?

Give your thumbs up when you answer one question:
**What are your top current movies?**

Please take a moment to **tell us what you think of Classmates Connections®.**

Communities   Message Center   Profile   People Search

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Someone signed your guestbook, Anthony
Date: Tue, 11 Sep 2007 4:58 am

---

classmates·com·          Home      My Communities      My Profile      Message Center

 # Who signed your guestbook?

Hi Anthony,                                          :: Your Guestbook ::

**Someone signed your guestbook yesterday!**        **Guestbook names**
                                                    Yesterday                    1
Can you guess who it was? **Find out who's thinking**   Total                     7
**of you.**

Thanks for being a member of Classmates.com®.        **Total profile visits**     27

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences.
To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help
Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your
address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

MICH00018
3/27/2009

2 folks signed your guestbook, Anthony

Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 2 folks signed your guestbook, Anthony
Date: Tue, 18 Sep 2007 8:05 am

classmates.com          Home    My Communities    My Profile    Message Center

# Classmates Connections®



**Hey there, Anthony!**

**38 people in your communities have exceptional taste!** Check out their top books, music, movies, and more.

Anthony, who's waiting to hear from you?

Become a Gold member and reconnect!

**Garinger High School**
Sherrie G., Rick W., Bryant M., Bernadette S., Roger S., Teresa B., Jarem L., Nikki S., Kimberly Y., Jeanie F.

## You've Got Their Attention



I finally grew out of that ugly duckling stage. I'm now a wife and mother of 2 living in Seattle. We ...

## New Photos



**22 new profile photos** have been posted in your communities this week.

**Garinger High School (1987 – 1991):**
C. Newhouse (1), G. Hagler (1), B. Faile (2)

Check out who else posted new photos.

**You have admirers this month, Anthony.**

2 folks signed your guestbook.
28 visitors took a gander at your profile.

## New in Your Communities

**4 NEW members** joined your communities this week.

**Garinger High School (1987 – 1991)**
4 new members
3 new/updated profiles
1 new announcement
**View now!**

## What Is It?



Add More Communities  ⊕

## Keep in Touch with the Crew

**Can you name this free feature?**

- A cinch to use
- Showcases hundreds of your photos
- Offers a variety of designs and page types
- Completely free

MICH00019
3/27/2009

2 folks signed your guestbook, Anthony



*From Bowling Babes to Golfing Gals!*

Thought you were pretty cool back in the day? **Get the old bunch together again by inviting friends into your personal network**—your exclusive circle for sharing photos, announcements, favorite things, and more.

**Start a network now!**

See what it is!

## Revisit Your School Daze



Flash back to your first day of high school with our featured topic: **"What We Brought to School."**

Please take a moment to **tell us what you think of Classmates Connections**®.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: **Email Preferences.**

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use **Online Help Center**. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

MICH00020
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Someone signed your guestbook, Anthony
Date: Fri, 7 Dec 2007 4:53 am

**classmates·com**



# Your Guestbook Signatures

Hi Anthony,

**1 person signed your guestbook yesterday!** Can you guess who they are? **Find out who's thinking of you.**

### Your Guestbook Stats

Guestbook names
Yesterday                1
Year to date            10
Since you joined        10

Total profile visits     34

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 visitor signed your guestbook, Anthony
Date: Tue, 1 Jan 2008 4:50 am

---

**classmates.com** 

# Your Guestbook Signatures

Hi Anthony,

**1 person signed your guestbook yesterday!** You're Gold so **find out who's thinking of you now.**

## Your Guestbook Counts

**Guestbook names**
Yesterday     1
Total     20

**Total profile visits**     54

Be part of a one-click clique: **Create a network of friends and associates.**

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 visitor signed your guestbook, Anthony
Date: Wed, 16 Jan 2008 4:55 am

**classmates•com** 

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. 1 friend
visited and signed your guestbook yesterday.
**Take a look.**

## Your Guestbook Stats

**Guestbook names**
| | |
|---|---|
| Yesterday | 1 |
| Year to date | 24 |
| Since you joined | 24 |
| | |
| Total profile visits | 65 |

Get more eyes on your profile: **Add a new photo** and be name dropped in your
community news.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email
preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online
Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to
your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

MICH00035

From: Classmates.com <ClassmatesEmail@classmates.com>
  To:
Subject: Just in: 1 visitor signed your guestbook, Anthony
  Date: Tue, 22 Jan 2008 4:53 am



# Your Guestbook Signatures

Hi Anthony,

**1 person signed your guestbook yesterday!** You're Gold so **find out who's thinking of you now.**

**Your Guestbook Stats**

**Guestbook names**
| | |
|---|---|
| Yesterday | 1 |
| Year to date | 26 |
| Since you joined | 26 |
| Total profile visits | 68 |

Get more eyes on your profile: **Add a new photo** and be name dropped in your community news.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

9 people signed your guestbook this month, Anthony

Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 9 people signed your guestbook this month, Anthony
Date: Tue, 22 Jan 2008 8:19 am

classmates·com·

# Classmates Connections®



 **Anthony, your profile's got more to see and do!**

**There's a brand new way to keep in touch with friends—pass notes back and forth on NEW bulletin boards.**

Plus, you can now share **unlimited profile pics** and see everyone's interests front and center.

**Your new profile >>**

## New Photos

**98 new profile photos** premiered in your communities this month. Now they're **TWICE AS BIG**, so you can see more of your friends than ever.

**Garinger High School (1987 – 1991):**
K. Yarboro (3), P. Batson (9), A. Moore (4), T. Pryor (4), N. Cam (1), K. Sykes (4), L. Burchfield (1), T. Locklear (3), J. Kelso (8)

**Cochrane Middle School (1984 – 1988):**
T. Goodwin (2), A. Moore (4)

**Devonshire Elementary School (1977 - 1985):**
B. White (6)

**University Of North Carolina at Charlotte (1991 - 1993):**
A. Harward (3), M. Crain (1), T. Holcomb (6), S. Hale (2), F. Hiatt (1), S. Stephens (1), C. (Skinner)Strome

## Your Guestbook

**You have guestbook signatures!**

| | |
|---|---|
| **Signatures this month:** | **9** |
| Total signatures: | **26** |
| Visits to your profile: | **68** |

**Go to your guestbook >>**

## Discover Your New Profile



**Your profile got more personal!**
Explore 4 fab features:

**New Feature! Bulletin Board**
Post notes for friends—on your bulletin board or theirs. (Only Gold members can read & publish all visitors' notes.)

**Profile Photos are Twice as Big**
Make an impression: post new photos.

**Tell Your Story Your Way**
Has life taken a few twists & turns? **Get a kick-start with the story builder.**

**Interests Are Front & Center**

MICH00037
3/27/2009

9 people signed your guestbook this month, Anthony

(1), C. Banks (1), S. Van Vooren (1),
T. Weand (2)

Reveal more about you. **Answer
new Q&As.**

## Your Communities

**58 new members** joined your communities this month.

**Garinger High School (1987 - 1991)**
**38** new members
**18** updated Stories
**3** new notes
**Cochrane Middle School (1984 - 1988)**
**1** new note
**University Of North Carolina at Charlotte (1991 - 1993)**
**20** new members
**17** updated Stories
**5** new notes

Please take a moment to **tell us what you think of Classmates Connections**®.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences.
To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help
Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your
address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2007 Classmates Online, Inc.

MICH00038

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: You've got 2 new guestbook signatures, Anthony
Date: Wed, 30 Jan 2008 4:49 am



# Your Guestbook Signatures

Hi Anthony,

**2 people signed your guestbook yesterday!** You're Gold so find out who's thinking of you now.

### Your Guests & Visitors

**Guestbook names**
Yesterday                          2
Since you joined                   29

**Visitors**
Since you joined                   73



Answering your Q&A is an easy way to **let folks know about the real you.**

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00041

3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Find out who signed your guestbook yesterday
Date: Tue, 5 Feb 2008 4:56 am



# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. 1 friend
visited and signed your guestbook yesterday.
**Take a look.**

## Your Guests & Visitors

**Guestbook names**
Yesterday                    1
Since you joined             30

**Visitors**
Since you joined             75

What's your weirdest-ever job? **Tell all in your story!** You'll attract the curious.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email
preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online
Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to
your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 visitor signed your guestbook, Anthony
Date: Wed, 6 Feb 2008 4:51 am

**classmates.com**

# Your Guestbook Signatures

Hi Anthony,

**1 person signed your guestbook yesterday!** You're Gold so **find out who's thinking of you now.**

## Your Guestbook Counts

**Guestbook names**
Yesterday                1
Total                   31

**Total profile visits**        76

Folks are curious about your school days. **Spill the beans in your story.** You'll get more visitors.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Someone signed your guestbook, Anthony
Date: Fri, 8 Feb 2008 4:55 am



**classmates.com**

# Your Guestbook Signatures

Hi Anthony,

**1 person signed your guestbook yesterday!** You're Gold so **find out who's thinking of you now.**

## Your Guestbook Counts

**Guestbook names**
Yesterday        1
Total            32

**Total profile visits**        78

Want to attract more visitors? Give 'em something to see: **nostalgic photos of your younger years** and **current candids that show you at your best.**

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 visitor signed your guestbook, Anthony
Date: Tue, 12 Feb 2008 4:57 am

---

**classmates.com** 

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. 1 friend visited and signed your guestbook yesterday. **Take a look.**

### Your Guestbook Counts

**Guestbook names**
Yesterday                1
Total                   33

**Total profile visits**      81

---

Want to attract more visitors? Give 'em something to see: **nostalgic photos of your younger years** and **current candids that show you at your best.**

---

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 12 folks signed your guestbook this month, Anthony
Date: Tue, 12 Feb 2008 9:15 am

classmates-com

# Classmates Connections®



## ·Hi Anthony! You've got **12 guestbook signatures** this month.

Hi Anthony,

**What's on their minds?**

**Check out 11 new notes** from friends at **Garinger High School** this month.

Find out what they're thinking, then leave a reply.

**Read every note >>**

### New Photos

**115 new profile photos** have been posted in your communities this month.



**Garinger High School (1987 – 1991):**
C. Weeks (7), T. Thomas (5), C. Crenshaw (3), D. Whitlow (1), P. Batson (5), B. Parris (3), M. Edwards (1), R. Pope (3), T. Pryor (4), T. Neville (12)

**Cochrane Middle School (1984 – 1988):**
D. Whitlow (1), T. Goodwin (2), T. Thomas (5)

**Devonshire Elementary School (1977 – 1985):**
B. White (6)

**Eastway Junior High School (1985 – 1987):**
S. Wilson (2)

**University Of North Carolina at Charlotte (1991 – 1993):**
M. Hawkins (3), T. Holcomb (6), S. Stephens (1), S. Abrams (4), J.

**Gold Member since 2006**

Anthony's Guestbook

**You're getting attention:**

**12 guestbook names** this month
**33** total guestbook names
**81** people looked at your profile

### Who's Featured?




**Who's got the featured profile** from University Of North Carolina at Charlotte?

**Jill Wozny!** See what's in photos, stories, Q&As, and more.

**Take a look at Jill's profile.**

### Your '08 College Map



Want to get face-to-face with someone from **University Of North Carolina at Charlotte?**

MICH00049
3/27/2009

12 folks signed your guestbook this month, Anthony

Maye (4), L. Lunsford (3), L. Bumgarner (2), W. Polomis (2), C. Sutton (3)

See who lives near you: 808 alumni are on Classmates Maps.

## New in Your Communities

**45 new members** joined your communities this month.

**Garinger High School (1987 – 1991)**
**30** new members
**24** updated Stories
**11** new notes
**Cochrane Middle School (1984 – 1988)**
**1** new member
**2** updated Stories
**2** new notes
**Devonshire Elementary School (1977 - 1985)**
**1** new member
**2** updated Stories
**Eastway Junior High School (1985 - 1987)**
**2** new members
**1** updated Story
**1** new note
**University Of North Carolina at Charlotte (1991 - 1993)**
**11** new members
**20** updated Stories
**6** new notes

## Start the Party Early



**Get reacquainted with the Cochrane Middle School Class of 1988.**

**Visit your class page** and check out friends' profiles. It's the quickest way to catch up. Don't forget to look for upcoming events!

Please take a moment to **tell us what you think of Classmates Connections®**.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

12 folks signed your guestbook this month, Anthony

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00051

3/27/2009

1 signature in your guestbook this month, Anthony

Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 1 signature in your guestbook this month, Anthony
Date: Tue, 15 Apr 2008 10:03 am

classmates-com·

# Classmates Connections®



Anthony, you have 1 guestbook signature this month. **Recognize them?**

People are raving about their new profiles! They've discovered how easy it is to share life's changes in new snapshots, stories, and notes.

**22 people from Garinger High School** are inviting you to get reacquainted this month.

**See what they shared** >>

## New Photos

**76 new profile photos** have been posted in your communities this month.

### Garinger High School (1987 – 1991):
E. Johnson (1), T. Clyburn (4), V. Hall (1), C. Stuckey (3), W. Mungo (7), D. Gray (3), E. Harris (1), B. Faile (4), K. Miller (2), A. Noblitt (8)

### Cochrane Middle School (1984 – 1988):
C. Stuckey (3)

### Eastway Junior High School (1985 – 1987):
R. Coggins (3), S. Summerville (6)

### University Of North Carolina at Charlotte (1991 – 1993):
P. Trueman (3), W. Grigg (1), K. Smith (2), S. Moser (1), T. Cullen (1)

## New in Your Communities

**54 new members** joined your communities this month.

Garinger High School (1987 – 1991)

### Anthony's Guestbook

**You're popular this month:**

**1 guestbook signature** this month
40 total guestbook signatures
89 people looked at your profile

### Connect Easily



**It's easy to connect with neighbors,** acquaintances, or anyone else you're looking for. With over 40 million people on Classmates, you're sure to get in touch.

**Start connecting.**

**Who wants to connect with you, Anthony?**

MICH00062
3/27/2009

1 signature in your guestbook this month, Anthony

<u>48</u> new members
<u>22</u> updated Stories
<u>27</u> new notes

<u>Cochrane Middle School (1984 – 1988)</u>
4 updated Stories

<u>Devonshire Elementary School (1977 – 1985)</u>
<u>1</u> updated Story

<u>Eastway Junior High School (1985 – 1987)</u>
<u>1</u> updated Story
<u>1</u> new note

<u>University Of North Carolina at Charlotte (1991 – 1993)</u>
<u>6</u> new members
<u>14</u> updated Stories
<u>8</u> new notes

## Who's on the map?

**Want to get together with someone from Garinger High School?** 2586 are on Classmates Maps.

<u>See how close they live.</u> Then visit their profile for some face time.



Please take a moment to <u>tell us what you think of Classmates Connections</u>®.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: <u>Email Preferences</u>.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use <u>Online Help Center</u>. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

**From:** Classmates.com <ClassmatesEmail@classmates.com>
**To:** ·
**Subject:** Guestbook Alert: 1 new signature, Anthony
**Date:** Thu, 24 Apr 2008 5:34 am



**classmates·com**

# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **1** signature
yesterday! You're Gold so find out who's
thinking of you now.

## Your Guestbook Stats

**Guestbook
Signatures**
Yesterday                          1
Year to date                     18
Since you joined              41

Total profile visits           91

They'll flutter to your profile like butterflies to flowers when you post colorful photos.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email
preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online
Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to
your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00064
3/27/2009

Your guestbook is filling up, Anthony. You received 2 guestbook signatures in the last m...    Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Your guestbook is filling up, Anthony. You received 2 guestbook signatures in the last month
Date: Tue, 13 May 2008 10:10 am

classmates·com·

Hi Anthony! You've received **2 guestbook signatures** in the last month.

# Classmates **Connections**

**Widen your circle of friends** by checking all the action in your communities. People are adding new notes, stories, and photos to keep you up to date on their lives.

Look what's new in the last month:

**47 notes** in your communities
**58 people** with new profiles
**154 photos** in your communities

**Take a look around.**

## Flip Through Fresh Photos

Take a look at **154 new photos** posted in your communities in the last month.

### Garinger High School (1987 – 1991):
L. Johnston (1), V. Hall (1), T. Thomas (1), S. Jordan (10), A. Morris (1), P. Batson (1), D. Gray (1), E. Harris (1), T. Auten (20), N. Dinh (1)

### Cochrane Middle School (1984 – 1988):
A. Morris (1), T. Thomas (1)

### Devonshire Elementary School (1977 – 1985):
A. Anderson (1)

### Eastway Junior High School (1985 – 1987):
T. Bennett (20), R. Coggins (2), M. Dudley (1), C. Zepeda (3), J. Willoughby (4)

### University Of North Carolina at Charlotte (1991 – 1993):
P. Trueman (1), H. Jones (4), D. Yacenda (2), M. Richard (1), C. Crowell (5), L. Brown (8), L. Lunsford (2), M. Ruth (4), K. Burley (1)

Life is sweeter when your friends are nearby. **Invite them to join Classmates.**



## Who's Thinking About You?
You've been noticed.

**2 guestbook signatures** in the last month
42 total guestbook signatures

**Open your guestbook**
>>

## Who Lives Near You?
Are 2655 people from Garinger High School close enough for some face time? Classmates Maps is your first step to getting in touch.

**See who lives where.**

## Get More Attention
Who attracts the most attention at Garinger High School? Kathy Alstrin.

**Be like Kathy and attract more friends to YOUR profile—add eye-catching photos.**

MICH00066
3/27/2009

Your guestbook is filling up, Anthony. You received 2 guestbook signatures in the last m...    Page 2 of 2

## Who's New This Month?

Catch up with **44 NEW people** in your communities in the last month.

**Garinger High School (1987 – 1991)**
29 new members
27 updated Stories
33 new notes

**Cochrane Middle School (1984 – 1988)**
3 new members
2 updated Stories
2 new notes

**Devonshire Elementary School (1977 – 1985)**
2 updated Stories

**Eastway Junior High School (1985 – 1987)**
5 updated Stories
4 new notes

**University Of North Carolina at Charlotte (1991 – 1993)**
12 new members
22 updated Stories
8 new notes

**Catch up now >>**

Please take a moment to **tell us what you think of Classmates Connections**®.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00067
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Sat, 7 Jun 2008 5:22 am



**classmates.com**

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature yesterday.** Take a look.

## Your Guestbook Counts

Guestbook Signatures
Yesterday                        1
Total                           43

**Total profile visits**        100

What's your weirdest-ever job? Tell all in your story! You'll attract the curious.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00071
3/27/2009

1 signature in your guestbook this month, Anthony

Page 1 of 3

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 1 signature in your guestbook this month, Anthony
Date: Tue, 10 Jun 2008 9:53 am

classmates·com·

Look for personal news and interesting tidbits in
31 profiles from Garinger High School.

Classmates
**Connections**®

Anthony, you have 1 guestbook signature this month.
**Recognize them?**

People are sharing big news about graduations, weddings, and more.

Get caught up with the **31 people from Garinger High School** who are hoping
to connect with you this month.

See what's new.

## Anthony's Guestbook
**You're popular this month:**

1 guestbook signature this month
43 total guestbook signatures
100 people looked at your profile

Look at your guestbook
>>

## Photos Bring You Closer
Look at the **129 new photos** posted in your communities and discover a new
face or recognize a familiar one.

**Garinger High School (1987 – 1991):**
L. Johnston (4), D. Land (3), D. Whitley (2), K. Morrison (5), A. Morris (5), K.
Tam (1), C. McCain (5), J. Broome (1), M. Pickett (19), C. Rutledge (1)

MICH00072
3/27/2009

1 signature in your guestbook this month, Anthony

**Cochrane Middle School (1984 – 1988):**
A. Morris (5), K. Tam (1)

**Devonshire Elementary School (1977 - 1985):**
A. Anderson (5)

**Eastway Junior High School (1985 - 1987):**
S. Summerville (1), T. Burnette (1)

**University Of North Carolina at Charlotte (1991 – 1993):**
M. Crain (1), T. Holcomb (5), D. Yacenda (2), B. Dillard (1), D. Robinson (3), B. MacLeod (5), E. Hines (6), K. Burley (1)

## Look at Who's New
Get to know the **48 new people** in your communities who joined during the last month.

Garinger High School (1987 - 1991)
38 new members
31 updated Stories
23 new notes

Cochrane Middle School (1984 - 1988)
1 new member
3 updated Stories

Eastway Junior High School (1985 - 1987)
1 new member
3 updated Stories

University Of North Carolina at Charlotte (1991 - 1993)
8 new members
16 updated Stories
4 new notes

See who's new >>

## Where Are They Now?
You're seconds away from seeing how close you are to the **2744 people** from Garinger High School.

See where they live now.

## How Popular is Your Name?
How many other people named **Anthony Michaels** are on Classmates.com? Search now to find out. Then connect with them to see what you have in common.

Add a photo to your profile to bring a smile to the next person who drops by.

MICH00073
3/27/2009

1 signature in your guestbook this month, Anthony

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00074
3/27/2009

You've got 1 new guestbook signature, Anthony

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: You've got 1 new guestbook signature, Anthony
Date: Wed, 11 Jun 2008 5:34 am

**classmates·com**

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature yesterday.** Take a look.

## Your Guestbook Counts

**Guestbook Signatures**
Yesterday                  1
Total                      44

**Total profile visits**   101

**Network with your friends.** You'll have the inside track on their personal news.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00075
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook Alert: 1 new signature, Anthony
Date: Sat, 28 Jun 2008 5:06 am



# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature** yesterday. Take a look.

## Your Guestbook Stats

**Guestbook Signatures**
Yesterday                        1
Year to date                    22
Since you joined                45

Total profile visits           102

Stay in touch with your VIPs: Create your circle of friends.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: You've got 1 new guestbook signature, Anthony
Date: Mon, 7 Jul 2008 3:00 pm

**classmates.com** 

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature this week. Take a look.**

### Your Guestbook Stats

**Guestbook Signatures**
This week                          1
Year to date                      23
Since you joined                  46

Total profile visits            103

Get more eyes on your profile: **Add a new photo** and be name dropped in your community news.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00083
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Fri, 11 Jul 2008 5:35 am

**classmates·com**

# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **1** signature yesterday! You're Gold so find out who's thinking of you now.

## Your Guestbook Counts

**Guestbook Signatures**
Yesterday                1
Total                    47

**Total profile visits**      104

Want to get even more names in your guestbook? Give visitors something to see! Post new photos.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 4 signatures in your guestbook this month, Anthony
Date: Tue, 15 Jul 2008 10:50 am

classmates·com·

Look for personal news and interesting tidbits in
25 profiles from Garinger High School.

Classmates
# Connections®

Anthony, you have 4 guestbook signatures this month.
## Recognize them?

People are sharing big news about graduations, weddings, and more.

Get caught up with the **25 people from Garinger High School** who are hoping to connect with you this month.

See what's new.

## Anthony's Guestbook
You're popular this month:

4 guestbook signatures this month
48 total guestbook signatures
105 people looked at your profile

Look at your guestbook
>>

## Photos Bring You Closer
Look at the **149 new photos** posted in your communities and discover a new face or recognize a familiar one.

### Garinger High School (1987 – 1991):
D. Whitley (2), J. Horne (1), M. Christian (1), R. Wilson (1), J. Pace (1), K. Williams (3), K. Morrison (17), S. Jordan (23), W. Wilson (2), R. Satterfield (2)

4 signatures in your guestbook this month, Anthony

**Cochrane Middle School (1984 – 1988):**
C. Floyd (1), R. Kocher (4), S. Benton (1)

**Eastway Junior High School (1985 – 1987):**
J. Smallridge (5)

**University Of North Carolina at Charlotte (1991 – 1993):**
D. Mohren (1), D. Yacenda (1), B. Dillard (3), A. Luisa (1), R. Capps (1), K. Kennedy (2), S. Whelchel (1)

## Look at Who's New

Get to know the **45 new people** in your communities who joined during the last month.

Garinger High School (1987 – 1991)
39 new members
25 updated Stories
25 new notes

Cochrane Middle School (1984 – 1988)
3 updated Stories
2 new notes

Devonshire Elementary School (1977 – 1985)
1 updated Story

Eastway Junior High School (1985 – 1987)
1 new member
1 updated Story
2 new notes

University Of North Carolina at Charlotte (1991 – 1993)
5 new members
12 updated Stories
9 new notes

See who's new >>

## Where Are They Now?

You're seconds away from seeing how close you are to the **2832 people** from Garinger High School.

See where they live now.

## How Popular is Your Name?

How many other people named **Anthony Michaels** are on Classmates.com? Search now to find out. Then connect with them to see what you have in common.

MICH00086
3/27/2009

4 signatures in your guestbook this month, Anthony

Add a photo to your profile to bring a smile to the next person who drops by.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00087
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Fri, 22 Aug 2008 4:50 am



# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature yesterday.** Take a look.

## Your Guests & Visitors

**Guestbook Signatures**
Yesterday                          1
Since you joined                  50

**Visitors**
Since you joined                 110

Want to get even more names in your guestbook? Give visitors something to see! Post new photos.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00091
3/27/2009

Just in: 1 new Guestbook signature, Anthony

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Mon, 15 Sep 2008 4:45 am

---

**classmates.com**



# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature yesterday.** Take a look.

## Your Guestbook Stats

**Guestbook Signatures**
Yesterday                         1
Year to date                     28
Since you joined                 51

Total profile visits           115

Folks are curious about your school days. Spill the beans in your story. You'll get more visitors.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00096
3/27/2009

Just in: 1 new Guestbook signature, Anthony

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Wed, 17 Sep 2008 5:05 am

**classmates.com**

# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **1** signature yesterday! You're Gold so <u>find out who's thinking of you now</u>.

### Your Guests & Visitors

**Guestbook Signatures**
Yesterday                                   1
Since you joined                           52

**Visitors**
Since you joined                          116

<u>Network with your friends.</u> You'll have the inside track on their personal news.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: <u>Email Preferences</u>.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use <u>Online Help Center</u>. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your Inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 3 signatures in your guestbook this month, Anthony
Date: Wed, 17 Sep 2008 8:31 am

---

classmates.com·

Look for personal news and interesting tidbits in
20 profiles from Garinger High School.

Classmates
**Connections**®

Anthony, you have 3 guestbook signatures this month.
**Recognize them?**

People are sharing big news about graduations, weddings, and more.

Get caught up with the **20 people from Garinger High School** who are hoping
to connect with you this month.

See what's new.

## Anthony's Guestbook
**You're popular this month:**

3 guestbook signatures this month
52 total guestbook signatures
116 people looked at your profile

Look at your guestbook
>>

## Photos Bring You Closer
Look at the **121 new photos** posted in your communities and discover a new
face or recognize a familiar one.

### Garinger High School (1987 - 1991):
J. Canup (6), S. Baker (2), C. McCain (1), T. Thornton (1), B. Martin (5), H.
Tatar (1), A. Cousar (1), M. Kuntzleman (3), M. Long (4), B. Faile (1)

MICH00098
3/27/2009

3 signatures in your guestbook this month, Anthony

**Cochrane Middle School (1984 – 1988):**
M. Long (4), M. Williams (8)

**University Of North Carolina at Charlotte (1991 – 1993):**
E. Swinson (1), C. King (1), R. Newsom (1), T. Davis (1), A. Luisa (1), K. Kennedy (23), S. Whelchel (10), M. Sheron (6), R. Gaston (5), C. Campbell (9)

## Look at Who's New
Get to know the **48 new people** in your communities who joined during the last month.

Garinger High School (1987 – 1991)
**40** new people
**20** updated stories
**16** new notes

Cochrane Middle School (1984 – 1988)
**1** new person
**3** updated stories
**2** new notes

Devonshire Elementary School (1977 – 1985)
**3** updated stories

Eastway Junior High School (1985 – 1987)
**2** updated stories
**2** new notes

University Of North Carolina at Charlotte (1991 – 1993)
**7** new people
**19** updated stories
**8** new notes

See who's new >>

## Where Are They Now?
You're seconds away from seeing how close you are to the **3019 people** from Garinger High School.

See where they live now.

## How Popular is Your Name?
How many other people named **Anthony Michaels** are on Classmates.com? Search now to find out. Then connect with them to see what you have in common.

Add a photo to your profile to bring a smile to the next person who drops by.

3 signatures in your guestbook this month, Anthony

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00100
3/27/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Fri, 10 Oct 2008 5:01 am

---

**classmates·com**



# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **1** signature yesterday! You're Gold so <u>find out who's thinking of you now</u>.

**Your Guestbook Stats**

**Guestbook Signatures**
Yesterday ___1___
Year to date ___30___
Since you joined ___53___

Total profile visits ___118___

Want more visitors? <u>Join an interest group.</u> Your new cronies will check out your profile.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your Inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Fri, 10 Oct 2008 5:01 am

**classmates.com**

# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **1** signature
yesterday! You're Gold so **find out who's
thinking of you now.**

## Your Guestbook Stats

**Guestbook
Signatures**
Yesterday                    1
Year to date                30
Since you joined            53

Total profile visits       118

Want more visitors? **Join an interest group.** Your new cronies will check out your
profile.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email
preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online
Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to
your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

Your guestbook: 2 signatures this month, Anthony

Page 1 of 3

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Your guestbook: 2 signatures this month, Anthony
Date: Wed, 15 Oct 2008 7:31 am

classmates.com:

Look for personal news and interesting tidbits in
15 new profiles from Garinger High School.

## Classmates
# Connections®

Anthony, you have 2 guestbook signatures this month.
**Recognize them?**

People are sharing their stories, interests, hobbies, and more.

Get caught up with the **15 people from Garinger High School** who are
hoping to connect with you this month.

See what's new.

## Guestbook Details
**You're popular this month:**
2 guestbook signatures this month
53 total guestbook signatures
118 people looked at your profile

Look at your guestbook >>

## Photos Bring You Closer
Look at the **60 new photos** posted in your communities and discover a new
face or recognize a familiar one.

**Garinger High School (1987 - 1991):**
C. Helm (3), M. Nash (1), J. Bellinger (1), L. Touchberry (1), T. Houston
(4), C. McCain (4), J. Smithka (11), K. Tevepaugh (1), M. Morris (6), V.
Hinnant (1)

MICH00112
3/27/2009

Your guestbook: 2 signatures this month, Anthony

**Cochrane Middle School (1984 – 1988):**
C. Helm (3)

**Devonshire Elementary School (1977 – 1985):**
C. Helm (3), T. Martin (3)

**University Of North Carolina at Charlotte (1991 – 1993):**
T. Burger (1), L. Bunner (4), A. Luisa (4), J. Wozny (1), L. Berry (1), J. Nagel (1), E. Hines (1), J. Moscato (1), S. Linville (1), D. Mani (2)

## Look at Who's New

Get to know the **37 new people** in your communities who joined during the last month.

Garinger High School (1987 – 1991)
25 new people
15 updated stories
25 new notes

Cochrane Middle School (1984 – 1988)
1 new person
2 updated stories
2 new notes

Devonshire Elementary School (1977 – 1985)
1 new person
2 updated stories

Eastway Junior High School (1985 – 1987)
3 new people
1 updated story
2 new notes

University Of North Carolina at Charlotte (1991 – 1993)
7 new people
13 updated stories
5 new notes

See who's new >>

## Where Are They Now?

You're seconds away from seeing how close you are to the **3078 people** from Garinger High School.

See where they live now.

Add a photo to your profile to bring a smile to the next person who drops by.

UNSUBSCRIBE:
You have received this email through Classmates' subscription-based email services according to your

MICH00113

3/27/2009

Your guestbook: 2 signatures this month, Anthony

email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00114
3/27/2009

Guestbook Alert: 2 new signatures, Anthony

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook Alert: 2 new signatures, Anthony
Date: Sat, 18 Oct 2008 4:56 am

**classmates·com**                                                    

# Your Guestbook Signatures

Hi Anthony,

Your guestbook received **2** signatures yesterday! You're Gold so find out who's thinking of you now.

## Your Guestbook Stats

**Guestbook Signatures**
| | |
|---|---|
| Yesterday | 2 |
| Year to date | 32 |
| Since you joined | 55 |

Total profile visits    120

Want to attract more visitors? Give 'em something to see: nostalgic photos of your younger years and current candids that show you at your best.

**UNSUBSCRIBE:**
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

**CONTACT US:**
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00115
3/30/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Just in: 1 new Guestbook signature, Anthony
Date: Fri, 24 Oct 2008 12:11 pm

classmates.com 

# Your Guestbook Signatures

Anthony,

Thought you'd appreciate a heads-up. **You received 1 guestbook signature yesterday.** Take a look.

## Your Guestbook Counts

**Guestbook Signatures**
Yesterday                          1
Total                             56

**Total profile visits**         122

Want to attract more visitors? Give 'em something to see: nostalgic photos of your younger years and current candids that show you at your best.

UNSUBSCRIBE:
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

CONTACT US:
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

Anthony, you have 25 signatures in your guestbook this year

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Anthony, you have 25 signatures in your guestbook this year
Date: Wed, 3 Dec 2008 7:55 am

Look for personal news and interesting tidbits in
**10 new profiles from Garinger High School.**

## Classmates Connections®

**classmates·com·**

Anthony, you have 25 guestbook signatures this year.
**Recognize them?**

People are sharing big news about their lives.

Get caught up with the **10 people from Garinger High School** who are
hoping to connect with you this month.

**See what's new.**

## Anthony's Guestbook
**You're popular:**

25 guestbook signatures this year
48 total guestbook signatures
129 people looked at your profile

**Look at your guestbook >>**

## Photos Bring You Closer
Look at the **50 new photos** posted in your communities and discover a new
face or recognize a familiar one.

**Garinger High School:**
D. Stuckey (1), R. Dean (14), J. Young (1), J. Lee (1), C. Myers (1), J.
Erhard (14), R. Turner (1), B. Faile (1), J. Meredith (5), T. Burnette (1)

**Eastway Junior High School:**
T. Burnette (1)

**University Of North Carolina at Charlotte:**
R. Newsom (2), T. Davis (1), S. Chapman (1), B. MacLeod (4)

MICH00129
3/30/2009

Anthony, you have 25 signatures in your guestbook this year

## Look at Who's New
Get to know the **32 new people** in your communities who joined during the last month.

Garinger High School
**26** new people
**10** updated stories
**13** new notes

Cochrane Middle School
**1** updated story

Eastway Junior High School
**2** updated stories
**1** new note

University Of North Carolina at Charlotte
**6** new people
**7** updated stories
**7** new notes

See who's new >>

Add a photo to your profile to bring a smile to the next person who drops by.

UNSUBSCRIBE:
You have received this email through Classmates' subscription-based email services according to your email preferences. To change or update your email preferences, please use the following link: Email Preferences.

CONTACT US:
If you feel you have received this message in error or for answers to your questions, try our easy-to-use Online Help Center. Please do not reply to this email as we are unable to respond to messages sent to this address.

To make sure you continue receiving our emails to your inbox, please add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00130
3/30/2009

Your guestbook: 1 person was thinking of you yesterday, Anthony

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Your guestbook: 1 person was thinking of you yesterday, Anthony
Date: Wed, 10 Dec 2008 4:53 am

# Someone Signed Your **Guestbook** Yesterday

classmates.com

## Your Guestbook

1  new signature
   yesterday
49 previous signatures

**Open your guestbook.**

Hi Anthony,

**Your guestbook received 1 new signature yesterday!**

Who's thinking of you?

widths will
change
depending
what your
button
copy is.

Take a look >>

Want to keep the people who matter close? **Add them as friends.**

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

Case 2:09-cv-00045-RAJ    Document 59-3    Filed 09/18/2009    Page 59 of 97
1 person signed your guestbook yesterday, Anthony. Who's thinking of you?

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
  To:
Subject: 1 person signed your guestbook yesterday, Anthony. Who's thinking of you?
  Date: Sun, 14 Dec 2008 4:51 am

---

# Someone Signed Your **Guestbook** Yesterday

**classmates•com**

## Your Guestbook

1  new signature
      yesterday
50 previous signatures

Open your guestbook.

Hi Anthony,

**Your guestbook received 1 new signature yesterday!**

Who's thinking of you?

Take a look >>

widths will
change
depending
what your
button
copy is.

Friends are curious about you. Share your latest chapter in your story.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00136
3/30/2009

2 signatures in your guestbook in the last month, Anthony

Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 2 signatures in your guestbook in the last month, Anthony
Date: Tue, 23 Dec 2008 10:46 am

New photo alert! See how friends look today in 61 new photos.

## Classmates Connections®

classmates·com·

You received 2 guestbook signatures in the last month.

Hi Anthony,

**Friends are giving you an instant update on their lives.** Check out the new snapshots in the last month.

**Garinger High School:**
M. Olive (11), S. Helms (10), B. Faile (1), L. Queen (1), S. Rhinehart (1), J. Meredith (1), K. Smallwood (1), J. McMillan (6)

**Eastway Junior High School:**
S. Thrun (1)

**University Of North Carolina at Charlotte:**
S. Abraham (1), R. Newsom (2), T. Davis (1), J. Wozny (1), K. Williams (1), K. Mischke (3), D. Mani (18), K. Smallwood (1)

Flip through more photos.

## Your Guestbook Activity
**People are curious about you!** Check out your action in the last month.

| | |
|---|---|
| New guestbook signatures: | 2 |
| Lifetime guestbook signatures: | 50 |
| Lifetime visits to your profile: | 131 |

Open your guestbook >>

## Get the Latest Notes
**Read the latest news, thoughts, and opinions from Garinger High School.**

**10 new notes** were posted on people's bulletin boards in the last month.

MICH00139
3/30/2009

2 signatures in your guestbook in the last month, Anthony

**What do they say?**

## Are You Up-to-Date?
Catch up with **28 new people** who joined your communities in the last month.

Garinger High School
22 new people
9 updated stories
10 new notes

Cochrane Middle School
1 updated story

Eastway Junior High School
1 new person
2 new notes

University Of North Carolina at Charlotte
5 new people
7 updated stories
2 new notes

**Catch up now >>**

**Drop by your home page** to check out your featured members.

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

CONTACT US:
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

Anthony, you have 50 signatures in your guestbook

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Anthony, you have 50 signatures in your guestbook
Date: Wed, 14 Jan 2009 8:13 am

---

classmates.com

Anthony, you have **50** guestbook signatures.

**Are you curious?**

Classmates
**Connections**®

Hi Anthony,

Take a look! **12 people from Garinger High School have shared something new** in the last month.

Get the latest.

## Guestbook Update
Someone checked you out:

50 total guestbook signatures
131 people looked at your profile



Open your guestbook
>>

## Every Photo's a Story
Wonder what **friends did over the holidays?** Find out in the **57 new photos** added in your communities in the last month.

**Garinger High School:**
M. Olive (3), T. Taylor (1), D. Deese (6), S. Rhinehart (1), T. Hager (1), M. Faulkenbury (1), K. Chapman (1), T. Burnette (2), J. McMillan (6), A. Caldwell (1)

**Cochrane Middle School:**
D. Deese (6)

**Eastway Junior High School:**
T. Burnette (2), K. Chapman (1)

**University Of North Carolina at Charlotte:**
T. Poovey (2), S. Abraham (1), K.

## Care to Comment, Anthony?
People in your communities shared **17 new notes** in the last month.

**Check them out!**

Garinger High School
29 new people
12 updated stories
14 new notes

Cochrane Middle School
1 new person
1 updated story
2 new notes

Eastway Junior High School
2 new people
1 updated story
1 new note

University Of North Carolina at

Anthony, you have 50 signatures in your guestbook

Mischke (3), D. Mani (18), C. Edwards (1)

Take a look.

**Charlotte**
7 new people
4 updated stories

See who left notes.

Want to bring a smile to the next person who drops by your profile? **Add your photo.**

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00146

3/30/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Anthony, you have 50 signatures in your guestbook
Date: Wed, 11 Feb 2009 6:42 am

classmates.com:

You have **50 guestbook signatures**.

Classmates
**Connections**®

### Who checked you out?

HI Anthony,

Flip through these eye-catching photo albums. See every photo for **FREE** and then vote on your favorites.

Cat Calendar Classics
Best of Black and White
Add Your Hands to this Album

## What's on Your Profile?
You may know who stopped by.

50 total guestbook signatures
131 visits to your profile


Go to your guestbook >>

## See New Faces
Browse **44 new profile photos** posted in the last month. Recognize anyone? It's always FREE to look!

**Garinger High School:**
M. Olive (3), D. Broome (1), K. Hudson (6), N. Hildreth (1), T. Taylor (1), D. Deese (5), D. Roseborough (2), L. Irby (1), J. Byrd (1), D. Gladden (1)

**Cochrane Middle School:**
D. Deese (5)

**Devonshire Elementary School:**
E. Shields (1)

**Eastway Junior High School:**
D. Broome (1)

## Highlights this Month
Have you met **38 new people** who joined your communities this month?

Garinger High School
28 new people
6 updated stories
11 new notes

Cochrane Middle School
1 new person
1 new note

Eastway Junior High School
1 new person
1 updated story
1 new note

University Of North Carolina at

Ar̶o̶u̶n̶d̶ ̶2̶ ̶n̶e̶w̶ ̶s̶i̶g̶n̶a̶t̶u̶r̶e̶s̶ ̶i̶n̶ ̶y̶o̶u̶r̶ ̶g̶u̶e̶s̶t̶b̶o̶o̶k̶   Page 2 of 2

**University Of North Carolina at Charlotte:**
E. Kelley (1), T. Poovey (1), E. Helms (3), L. Bunner (3), M. Singer (1), J. Beck (1), D. Landreth (4)

Take a look.

Charlotte
8 new people
5 updated stories
2 new notes

Say hello.

Connect the dots of your life: Share big moments on your Classmates Timeline.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00157
3/30/2009

Guestbook reminder: 1 person was thinking of you last month, Anthony

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook reminder: 1 person was thinking of you last month, Anthony
Date: Tue, 3 Mar 2009 10:46 am

classmates·com·

# Someone Signed Your Guestbook Last Month

Hi Anthony,

**Did you know there's 1 signature in your guestbook?**

Wonder who it is?

Take a look now >>

**Your Guestbook**

1 signature last month
44 total signatures

**Open your guestbook.**

Want to catch someone's eye? **Add a photo to your profile.**

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

MICH00163
3/30/2009

Guestbook reminder: You got 1 guestbook signature last month, Anthony

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook reminder: You got 1 guestbook signature last month, Anthony
Date: Mon, 9 Mar 2009 12:15 pm

## Someone Signed Your Guestbook Last Month

classmates·com·

Hi Anthony,

**Did you know there's 1 signature in your guestbook?**

Wonder who it is?

Take a look now >>

### Your Guestbook

1 signature last month
44 total signatures

**Open your guestbook.**

The stuff you love says a lot about you. **Share your favorites.**

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for
this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or
have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 2001 Lind Ave SW, Renton, WA 98057
© 2008 Classmates Online, Inc.

http://webmail.aol.com/42169/aol/en-us/mail/PrintMessage.aspx

MICH00165
3/30/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 1 signature in your guestbook in the last month, Anthony
Date: Wed, 11 Mar 2009 6:46 am

classmates·com·

Classmates
**Connections**®

Anthony, <u>1 person signed</u> your guestbook in the last month. **Are you curious?**

Take a look! **4 people from Garinger High School** shared something new in the last month.

<u>Get the latest.</u>

## Guestbook Update
Someone checked you out. You had <u>1 guestbook signature</u> in the last month.

<u>Open your guestbook</u>
>>

### Every Photo Tells a Story
What are friends up to? Browse **45 new photos** posted in the last month.

**Garinger High School:**
<u>S. Sebero</u> (1), <u>J. Bellinger</u> (1), <u>A. Taylor</u> (1), <u>L. Miller-webber</u> (2), <u>E. Harris</u> (1), <u>B. Faile</u> (1), <u>D. Deese</u> (8), <u>D. Roseborough</u> (2), <u>T. Baker</u> (1), <u>J. Byrd</u> (1)

**Cochrane Middle School:**
<u>D. Deese</u> (8)

**University Of North Carolina at Charlotte:**
<u>S. Bishop</u> (1), <u>C. Moore</u> (3), <u>L. Bunner</u> (3), <u>C. Feltner</u> (4), <u>J. McCurdy</u> (2), <u>W. Polomis</u> (1)

### See What's New
**Over 10,000 Valentine's notes** were posted at Classmates.com in the last month. Do the **13 notes** in your communities have a romantic twist?

<u>Garinger High School</u>
**20** new people
**4** updated stories
**7** new notes

<u>Cochrane Middle School</u>
**1** updated story
**2** new notes

<u>Eastway Junior High School</u>
**1** new person
**1** updated story
**2** new notes

I signature in your guestbook in the last month, Anthony

Look at snapshots.

University Of North Carolina at
Charlotte
4 new people
4 updated stories
2 new notes

Check out notes.

Want to bring a smile to the next person who drops by your profile? Add your photo.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences
for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or
have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

1 person signed your guestbook yesterday, Anthony. Who's thinking of you?

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 1 person signed your guestbook yesterday, Anthony. Who's thinking of you?
Date: Fri, 13 Mar 2009 4:46 am

# Someone Signed Your **Guestbook** Yesterday

classmates·com·

## Your Guestbook

1 new signature
yesterday
52 previous signatures

**Open your guestbook.**

--

Hi Anthony,

**Your guestbook received 1 new signature yesterday!**

Who's thinking of you?

⌐ Take a look >> ⌐

widths will
change
depending
what your
button
copy is.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

MICH00168
3/30/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Reminder: 2 people signed your guestbook last month, Anthony
Date: Mon, 23 Mar 2009 5:48 pm

classmates.com

## Someone Signed Your Guestbook Last Month

Hi Anthony,

**Did you know there's 2 signatures in your guestbook?**

Wonder who it is?

widths will change
depending what your button
copy is.

Take a look now
>>

Your Guestbook

45 total signatures

Open your guestbook.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

MICH00169
3/30/2009

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Reminder: 1 name is waiting to be revealed in your guestbook, Anthony
Date: Tue, Mar 31, 2009 11:01 am

classmates·com

## Someone Signed Your Guestbook Last Month

Hi Anthony,

Did you know there's 1 signature in your guestbook?

Wonder who it is?

Take a look now >>

**Your Guestbook**

1 signature last month
45 total signatures

Open your guestbook.

See who thinks like you think on message boards. It's free!

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

CONFIDENTIAL

MICH00174

Guestbook Alert: 1 New Signature

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook Alert: 1 New Signature
Date: Wed, Apr 1, 2009 4:49 am

## Someone Signed Your Guestbook Yesterday

classmates·com

### Your Guestbook

1 new signature
yesterday
53 previous signatures

Open your guestbook.

—

Hi Anthony,

Your guestbook received 1 new signature yesterday!

Who's thinking of you?

Take a look >>

widths will
change
depending
what your
button
copy is.

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for
this email, visit: Email Preferences.

CONTACT US:
We are unable to respond to messages sent to this automated email address, so if you have questions or
have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

**CONFIDENTIAL**

MICH00175

8/19/2009

Case 2:09-cv-00045-RAJ    Document 59-3    Filed 09/18/2009    Page 74 of 97
Guestbook reminder: You got 2 guestbook signatures last month, Anthony

Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook reminder: You got 2 guestbook signatures last month, Anthony
Date: Mon, Apr 6, 2009 12:27 pm

---

classmates·com

## Someone Signed Your Guestbook Last Month

Hi Anthony,

**Did you know there's 2 signatures in your guestbook?**

Wonder who it is?

**Take a look now >>**

**Your Guestbook**

46 total signatures

**Open your guestbook.**

Friends are curious about you. **Share your latest news in a note.**

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

CONTACT US:
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

CONFIDENTIAL

MICH00178

Case 2:09-cv-00045-RAJ    Document 59-3    Filed 09/18/2009    Page 75 of 97

Anthony, someone stopped by. You have 2 new guestbook signatures in the last month        Page 1 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Anthony, someone stopped by. You have 2 new guestbook signatures in the last month
Date: Wed, Apr 8, 2009 6:46 am

classmates·com·

Anthony,
you've had **2 guestbook signatures** in the last month.

Get a better look—12 people you may know from Garinger High School shared updates in the last month.

See personal updates now.

## Who Checked You Out?

Someone let you know they visited your profile—they left their name in your guestbook!

2 guestbook signatures in the last month
137 visits to your profile


Go to your guestbook >>

## See New Photos—for FREE

Who's in 36 photos posted during the last month?

**Garinger High School:**
C. Digsbyjr (3), R. Dean (1), W. Whipple (1), R. Satterfield (2), C. McCain (1), S. Williamson (1), A. Cousar (1), P. Carter (2), J. Smithka (3), C. Zepeda (4)

**Cochrane Middle School:**
L. Porter (1), S. Williamson (1), P. Carter (2)

**Devonshire Elementary School:**
L. Porter (1)

**Eastway Junior High School:**
C. Zepeda (4)

**University Of North Carolina at Charlotte:**
C. Moore (3)

Look at snapshots.

**CONFIDENTIAL**

MICH00179

Anthony, someone stopped by. You have 2 new guestbook signatures in the last month    Page 2 of 2

## New Notes Are Here

What news will you find in **5 new notes** posted this week?

Garinger High School
8 new people
3 updated stories
5 new notes

Eastway Junior High School
1 updated story

University Of North Carolina at Charlotte
2 new notes

See what's new.

## Share Pictures—It's a Snap

Show off your photos from yesterday and today. **People can comment and vote on their favorites.**

Photo album ideas:

- School memories
- Family snapshots
- Spring '09

Start a new photo album.

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

CONTACT US:
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

**CONFIDENTIAL**

MICH00180

Guestbook reminder: You got 1 guestbook signature last month, Anthony
Page 1 of 1

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: Guestbook reminder: You got 1 guestbook signature last month, Anthony
Date: Mon, Apr 20, 2009 4:44 am

---

## Someone Signed Your Guestbook Last Month

classmates·com

Hi Anthony,

**Did you know there's 1 signature in your guestbook?**

Wonder who it is?

**Take a look now** >>

### Your Guestbook

1 signature last month
46 total signatures

**Open your guestbook.**

Friends are curious about you. **Answer a few quick questions in your Q&A.**

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

CONTACT US:
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

CONFIDENTIAL

MICH00181

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 3 signatures are waiting in your guestbook, Anthony
Date: Wed, Jun 3, 2009 6:22 am

classmates·com·

## Who left
## 3 signatures
## in your guestbook?

Hi Anthony,
What's new? Now's your chance to find out!

## Check Out the Latest Notes
People from Garinger High School shared **3 new notes** this week.

What do they say?

## Your Guestbook Update
You have 3 guestbook signatures from this year.



Is this photo familiar? **Their name is in your guestbook.**

## Pick the Hits that Rocked Your World

You were 18 once. Remember? Put your own spin on the top hits from senior
year. And show the music's still in you.

Pick the hits >>

**CONFIDENTIAL**

MICH00182

UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences

3 signatures are waiting in your guestbook, Anthony

for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or
have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.



UNITED          FTD      classmates·com    ꞌMyPointsꞌ    NETZERO    JUNO    mysite

United Online    FTD      Classmates        MyPoints      NetZero     Juno     MySite

CONFIDENTIAL

MICH00183

You had 3 guestbook signatures this year, Anthony

**From:** Classmates.com <ClassmatesEmail@classmates.com>
**To:**
**Subject:** You had 3 guestbook signatures this year, Anthony
**Date:** Wed, Jun 10, 2009 6:55 am

---

**3 signatures** are
waiting in your
guestbook!

 Hi Anthony,
Why miss out? There's so much to see!

## What's New at University Of North Carolina at Charlotte?
Get a better look—**1 person** you may know from University Of North Carolina at Charlotte shared updates this week.

See updates now.

## Your Guestbook Update
You have 3 guestbook signatures from this year.



Is this photo familiar? **Their name is in your guestbook.**

## Start the Slideshow
See what friends have been up to in **3 new photos** posted in your communities last week.

**University Of North Carolina at Charlotte:**
R. Newsom (1), B. MacLeod (2)

## New! See Friends' Daily Updates—for FREE
Check Friends Activity on your profile anytime to see when friends post

CONFIDENTIAL          MICH00184

something new. Want to see updates from **Michelle Touchberry**? Just request a story, photo, or Q&A.

Ask your friend to share.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

 

United Online        FTD        Classmates        MyPoints        NetZero        Juno        MySite

CONFIDENTIAL

MICH00185

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 3 signatures are waiting in your guestbook, Anthony
Date: Wed, Jul 1, 2009 6:20 am

---

classmates.com

## Who left
## 3 signatures
## in your guestbook?



Hi Anthony,
What's new? Now's your chance to find out!

## Check Out the Latest Notes
People from Garinger High School shared **5 new notes** this week.

**What do they say?**

## Your Guestbook Update
You have **3 guestbook signatures** from this year.



Is this photo familiar? **Their name is in your guestbook.**

## New! Classmates Quizzes
Discover something fun about yourself today! **Which classic board game are you?** Find out in five easy questions.

**Take the quiz.**



UNSUBSCRIBE:
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

CONTACT US:

**CONFIDENTIAL**

MICH00186

3 signatures are waiting in your guestbook, Anthony

We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

 UNITED    FTD    classmates·com    MyPoints    NETZERO    JUNO    mysite
United Online    FTD    Classmates    MyPoints    NetZero    Juno    MySite

CONFIDENTIAL

MICH00187

3 guestbook signatures this year. Plus, Classmates Connections has a NEW look!

Case 2:09-cv-00045-RAJ    Document 59-3    Filed 09/18/2009    Page 84 of 97 of 2

From: Classmates.com <ClassmatesEmail@classmates.com>
To:
Subject: 3 guestbook signatures this year. Plus, Classmates Connections has a NEW look!
Date: Wed, Jul 29, 2009 8:33 am

**classmates.com**

CLASSMATES Connections®

## Classmates Connections has a new look! Get your most important news first, plus lots more interesting info on **your friends and communities.**

# Who left 3 signatures in your guestbook?

 ||||| Music  Games ⊚ Quizzes ⚡ Interest Groups ⟲ Message Boards ⚡ Events

 Hi Anthony!

## Your Guestbook Activity

3 guestbook signatures this year

52 total guestbook signatures

138 visits to your profile

 **Go to your guestbook >>**

## Bulletin Board Notes

*HI VICKIE \ JUST FIGURE...*
Vickie Berman, 07/23/09
University Of North Carolina at Charlotte

*Hey Joy , How Are You Do...*
Joy Head, 07/21/09
Garinger High School

*Michelle, you havn't cha...*
Michelle Dudley, 07/18/09
Eastway Junior High School

*Hi, I know I talked with...*
Davan Mani, 07/17/09
University Of North Carolina at Charlotte

*Is you dad named Don Loc...*
Don Lockwood, 07/17/09
Garinger High School

## What Rocked Your World?

Put your own spin on the hits from senior year.

 **Share a song list >>**

# People in the Spotlight

Ruth Edwards
Garinger High School

**CONFIDENTIAL**          MICH00191

3 guestbook signatures this year. Plus, Classmates Connections has a NEW look!



Remember them as?

## NEW!
## Easy Event Planning

Our new **one-page event planning tool** is the fast, fun way for Gold members to get the party started.

- Select your invitees
- Post details
- Send invites and reminders
- Track RSVPs



### Danny Floyd
Garinger High School
Remember them as?



### Shauntay Fairweather
Garinger High School
Remember them as?



### Renita Hanes
Garinger High School
Remember them as?





**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.





UNITED — United Online    FTD    classmates·com — Classmates    MyPoints — MyPoints    NETZERO — NetZero    JUNO — Juno    mysite — MySite

**CONFIDENTIAL**

MICH00193

From: Classmates.com <ClassmatesEmail@classmates.com>
Date: July 29, 2009 10:15:25 AM PDT
To:
Subject: 1 guestbook signature. Plus, Classmates Connections has a NEW look!

**classmates·com**

CLASSMATES Connections®

## Classmates Connections has a new look! Get your most important news first, plus lots more interesting info on **your friends and communities.**

# WHO CHECKED YOU OUT?

CONFIDENTIAL                    CATA00001

Someone stopped by your profile and left their name in your guestbook!

**Your Guestbook Activity**

**1 total guestbook signature**
3 visits to your profile

[ Go to your guestbook >> ]

 ||||, Music   Games   Quizzes   Interest Groups   Message Boards   Events

 Hi David!

Get your latest updates now.

## Have Fun for Free

| | |
|---|---|
| Games to play | **20** |
| Songs to hear | **3575** |
| Quizzes to take | **7** |
| Interest groups to browse | **99** |
| People in your communities to meet | **157** |

## Were You There?

Add a concert you attended to your timeline. Maybe someone will send you a message saying "I was there, too!"

[ Add a timeline entry >> ]


Doobie Brothers
Aug 1st 1984
View »

# People in the Spotlight

 **Dawn Roepke**
General Douglas Mcarth...
Add to friends.

 **Jjkklp lkjnkjkn...**
General Douglas Mcarth...
Add to friends.

 **Danielle Koffer**
General Douglas Mcarth...
Add to friends.

 **Daniel Musto**
General Douglas Mcarth...
Add to friends.

## FREE! Classmates Games

**See if you can beat members' top scores** on 20 popular games—like Disco Bowling, Pool, Eggz, and more.

[ Play now—FREE! >> ]

CONFIDENTIAL                    CATA00002

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: <u>Email Preferences</u>.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the <u>Online Help Center</u>.

Remember to add <u>ClassmatesEmail@classmates.com</u> to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.



| United Online | FTD | Classmates | MyPoints | NetZero | Juno | MySite |

CONFIDENTIAL          CATA00003

From: Classmates.com <ClassmatesEmail@classmates.com>
Date: August 18, 2009 8:02:01 AM PDT
To:
Subject: You had 5 guestbook signatures this year, David



## Who left 5 signatures in your guestbook?

**CONFIDENTIAL**          **CATA00004**

  **Music**  **Games**  **Quizzes** **Interest Groups**  **Message Boards**  **Events**

## Hi David!

## Your Guestbook Activity

5 guestbook signatures this year
7 total guestbook signatures
9 visits to your profile


Go to your guestbook >>

## Bulletin Board Notes

### _Hey buddy, When are you ..._
Kevin Miller, 08/07/09
General Douglas MacArthur High School

### _YO, Chris call me Dave F..._
Chris Brennick, 07/17/09
General Douglas MacArthur High School

 ### _hello buddy, great to se..._
Michael Cavuoto, 07/16/09
General Douglas MacArthur High School

## Updated Profile Photos

 Michael Cavuoto, 08/07/09
General Douglas MacArthur High School

 Russell Smyth, 07/21/09
General Douglas MacArthur High School

## Got Game?

Try the latest Classmates
Games! You'll love playing
**Mahjongg**, **3 Point Shootout**,
**Blackjack**, **Chess**, and
**Foosball**—for FREE.


Play games now >>

## People in the Spotlight

 **Mary Sierra**
General Douglas MacArt...
Add to friends.

 **Nancy Rizzo**
General Douglas MacArt...
Add to friends.

 **Keith Younker**
General Douglas MacArt...
Add to friends.

 **Joe Fairfield**
General Douglas MacArt...
Add to friends.

## NEW!
## Easy Event Planning

Our new **one-page event
planning tool** is the fast, fun
way for Gold members to get the
party started.

* Select your invitees
* Post details
* Send invites and reminders
* Track RSVPs


Plan an event >>

**CONFIDENTIAL**

CATA00005



**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

 

| United Online | FTD | Classmates | MyPoints | NetZero | Juno | MySite |

**CONFIDENTIAL**

CATA00006

From: Classmates.com <ClassmatesEmail@classmates.com>
Date: August 19, 2009 11:37:41 AM PDT
To:
Subject: You've had 1 guestbook signature, David



## WHO CHECKED YOU OUT?

CONFIDENTIAL

CATA00007

Someone stopped by
your profile and left
their name in your
guestbook!

**Your Guestbook Activity**

<u>1 total guestbook signature</u>
3 visits to your profile





## Get Your Game On!

Beat the clock, tease your mind, and
deal yourself some fun with the latest
Classmates Games. **Play them all
for FREE!**

<u>Mahjongg</u>
<u>3 Point Shootout</u>
<u>Blackjack</u>
<u>Chess</u>
<u>Foosball</u>



 Hi David!

Get your latest updates now.

## Have Fun for Free

## Were You There?

Add a concert you attended to your timeline. Maybe
someone will send you a message saying "I was
there, too!"



| | |
|---|---|
| Games to play | <u>20</u> |
| Songs to hear | <u>3575</u> |
| Quizzes to take | <u>7</u> |
| Interest groups to browse | <u>99</u> |
| People in your communities to meet | <u>158</u> |

**CONFIDENTIAL**

CATA00008

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

United Online    FTD    Classmates    MyPoints    NetZero    Juno    MySite

CONFIDENTIAL

CATA00009

From: Classmates.com <ClassmatesEmail@classmates.com>
Date: August 25, 2009 6:45:15 AM PDT
To:
Subject: You had 5 guestbook signatures this year, David

classmates.com

CLASSMATES Connections

## WHO CHECKED YOU OUT?

CONFIDENTIAL                    CATA00010

Someone stopped by your profile and
left their name in your guestbook!

**Your Guestbook Activity**

**5 guestbook signatures this year**
7 total guestbook signatures
9 visits to your profile



  **Music**   **Games**   **Quizzes**   **Interest Groups**   **Message Boards**   **Events**

 Hi David!

Get your latest updates now.

## Your Community Activity

**General Douglas
MacArthur...**

| | |
|---|---|
| New people | <u>3</u> |
| New stories | <u>3</u> |
| New notes | <u>1</u> |
| New photos | <u>1</u> |

## Updated Profile Photos

  Michael Cavuoto, 08/07/09
General Douglas MacArthur High School

## Bulletin Board Notes

***Hey buddy, When are you ...***
Kevin Miller, 08/07/09
General Douglas MacArthur High School

## Message Board Discussions

***I really love the man, b...***
Elections & Leaders
David Klein, 08/21/09
General Douglas MacArthur High School

# Birthdays.
# Weddings.
# Reunions.

No matter what you want to see
or show—photos are **FREE!**



## People in the Spotlight

  <u>Stu Whiteside</u>
General Douglas MacArt...
<u>Add to friends.</u>

<u>Dawn Scali</u>
General Douglas MacArt...
<u>Add to friends.</u>

**CONFIDENTIAL**                     CATA00011

## Easier Than a Slideshow

Share a slice of your life in a **new photo album**. It's fast and easy!




**Tracy Gersbeck**
General Douglas MacArt...
Add to friends.


**Robyn Holokrys**
General Douglas MacArt...
Add to friends.

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.


United Online     FTD     Classmates     MyPoints     NetZero     Juno     MySite



CONFIDENTIAL                    CATA00012