**EXHIBIT 2E**

Anthony: Have your 5 friends jazzed up their profiles? Don't be the last to see

**From:** Classmates.com <ClassmatesEmail@classmates.com>
**To:**
**Subject:** Anthony: Have your 5 friends jazzed up their profiles? Don't be the last to see
**Date:** Wed, 25 Mar 2009 6:43 am

classmates.com.

Are your 5 friends sharing any secrets? Find out, then say "I didn't know that about you" in a note.

Classmates
## Connections ®

 **Hi Anthony,**

Which of your **5 friends jazzed up their profiles** with photos, story updates, and more?

**Who's most interesting?**

## Have You Been Here Before?
Here are **13 chances** to get that déjà vu experience from the faces—and places—in the photos friends published this week.

**Garinger High School:**
R. Satterfield (2), C. McCain (1), S. Williamson (1), P. Carter (2)

**Cochrane Middle School:**
L. Porter (1), S. Williamson (1), P. Carter (2)

**Devonshire Elementary School:**
L. Porter (1)

**University Of North Carolina at Charlotte:**
C. Moore (2)

**Show me more.**

## Find Fun Here
**3 new notes posted this week** may show the economy's silver lining with homespun fun, staycations, or easy remodel tips.

**Garinger High School**
2 new people
2 updated stories
3 new notes

**University Of North Carolina at Charlotte**
1 updated story

MICH00170
3/30/2009

Anthony: Have your 5 friends jazzed up their profiles? Don't be the last to see

Page 2 of 2

Get inspired >>

## Where Are They Now?

Did you know that **3478 people from Garinger High School are on Classmates Maps? Look to see who's on the map.**

Who's on the map?

## Picture This, Anthony: You Winning $5,000

**Simply add a photo to your profile album** showing how family and friends are enjoying life's simple pleasures. It's easy—and rewarding. Official Rules.



Enter now >>

**UNSUBSCRIBE:**
You received this email as part of Classmates' email subscription program. To change your preferences for this email, visit: Email Preferences.

**CONTACT US:**
We are unable to respond to messages sent to this automated email address, so if you have questions or have received this message in error, visit the Online Help Center.

Remember to add ClassmatesEmail@classmates.com to your address book or safe sender list.

Classmates Online, Inc. 333 Elliott Ave. W., Seattle, WA 98119
© 2009 Classmates Online, Inc.

http://webmail.aol.com/42169/aol/en-us/mail/PrintMessage.aspx

MICH00171

3/30/2009