# IN THE UNITED STATES COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON

Curtis J Neeley Jr., MFA    as a
*Pro Se* party alleged a member of the class
currently brought by
**Xavier Vasquez**
on behalf of himself and everyone
his lawyers can deceive by wire
    Plaintiffs

V

C09-45 RAJ

CASE NO. 2:09-cv-00104-MJP RAJ

**Classmates Online Inc.**
**Classmates Media Corporation and United Online Inc.**
**Does 1-5, corporations**
**Does 1-50, Legal Counselors**
    **Defendants**

## OBJECTION TO COMPLAINT, CLASS CERTIFICATION, AND THE MISUSE OF UNITED STATES COURTS FOR SETTLEMENT FRAUD USED AS LEGAL INSURANCE

    Comes now the Curtis J Neeley Jr., MFA respectfully and requests granting the *pro se* misrepresented individual alleged a class member leave to file this objection to class certification via EC/ECF after this filing is entered by mail for treatment as an appearance as a pro se litigator who will represent himself better than the Counselors and retired judge have thus far or are able to do because OF both having merely attempted to get the WAWD Court to allow them to bargain for the profits from serial wire crimes. These serial crimes are so severe that if done by individuals these would be felonies warranting decades in prison.

    This United States Court Action has been nothing but a HOAX created by a swarm of lawyers hoping to divide profits made during a massively fraudulent wire communications scheme by Classmates Media Corporation and United Online Inc hereafter referred to as Classmates.com.

    Mr Neeley will attempt to take this issue before a JURY as guaranteed by the Seventh Amendment. On October 18, 2010, Mr Neeley filed a criminal complaint by wire. Fines and injunctions are sustained by US Title 18 §§ (1341,1343, 1349) and by other sections in Chapter 63 of US Title 18.

Respectfully submitted by mail,

Curtis J. Neeley Jr., MFA

09-CV-00104-OBJ



**N PHOTO**
Curtis Neeley's Fine ART Photography
2619 N Quality Ln Ste 123
Fayetteville, AR 72703-5523
www.CurtisNeeley.com

**U.S. District Court**
**Seattle Clerk's Office**
**U.S. Courthouse**
**700 Stewart Street, Lobby Level**
**Seattle, WA 98101**