The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE<br><br>CLASSMATES.COM CONSOLIDATED LITIGATION | CASE NO. C09-00045-RAJ<br><br>DECLARATION OF THEODORE H. FRANK IN SUPPORT OF OBJECTION OF MICHAEL I. KRAUSS<br><br>**CLASS ACTION**<br><br>**Note on Motion Calendar:**<br>**December 16, 2010 at 1:30 p.m.** |

I, THEODORE H. FRANK, hereby declare as follows:

1.  I am one of the attorneys for objector, Michael I. Krauss, in this lawsuit. I am competent to testify, and make this declaration based on my own personal knowledge.

2.  When class counsel settled this case, their court filings misleadingly implied that the settlement was worth $9.5 million.

3.  These filings appear to have actually misled journalists that reported on the case.

4.  For example, PC Magazine reported that "Classmates.com has agreed to pay more than $9.5 million to settle a class-action suit." A true and correct copy of this story from March 17, 2010, is attached as Exhibit 1.

5.  Wired Magazine headlined its story on the settlement "Lonely Classmates.com Users Get $9.5M in Lawsuit." A true and correct copy of this story from March 16, 2010, is attached as Exhibit 2.

DECLARATION OF THEODORE H. FRANK IN SUPPORT
OF OBJECTION OF MICHAEL I. KRAUSS - 1
CASE NO. C09-00045-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

1  I declare under penalty of the laws of perjury that, to the best of my knowledge,
2  information and belief, the foregoing is true and correct.
3  DATED this 18th day of November, 2010, at Arlington, Virginia.

*/s/ Theodore H. Frank*
Theodore H. Frank

DECLARATION OF THEODORE H. FRANK IN SUPPORT
OF OBJECTION OF MICHAEL I. KRAUSS - 2
CASE NO. C09-00045-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mark A. Griffin, Esq.
>Amy C. Williams-Derry, Esq.
>Keller Rohrback
>1201 Third Avenue, Suite 3200
>Seattle, WA  98101
>*mgriffin@kellerrohrback.com*
>*derry@kellerrohrback.com*
>
>Richard L. Kellner, Esq.
>Kabateck Brown Kellner L.L.P.
>644 S. Figueroa Street
>Los Angeles, CA  90017
>*rlk@kbklawyers.com*
>
>Stellman Keehnel, Esq.
>Russell B. Wuehler, Esq.
>DLA Piper LLP (US)
>701 Fifth Avenue, Suite 7000
>Seattle, WA  98104
>*stellman.keehnel@dlapiper.com*
>*russell.wuehler@dlapiper.com*

I hereby further certify that on this day I caused a true and correct copy of the foregoing to be served via First Class Mail upon addressees designated above.

DATED this 18th day of November, 2010.

_____
Marcia A. Ripley

---

DECLARATION OF THEODORE H. FRANK IN SUPPORT
OF OBJECTION OF MICHAEL I. KRAUSS - 3
CASE NO. C09-00045-RAJ

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Fax: (206) 676-7001