The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CLASSMATES.COM
CONSOLIDATED LITIGATION

)
)
)
)
)
)
)

No. C09-45RAJ

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S MOTION SEEKING
PRELIMINARY INJUNCTION

On April 19, 2010, this Court entered an order that, inter alia, preliminarily approves the

Class Action Settlement entered into between Plaintiffs and Defendants, certifies a settlement

class and "subclass," and stays all proceedings in this action until further order of the Court,

"except such actions as may be necessary to implement the Settlement Agreement."  Dkt. 76 at

9.  On November 4, 2010, Curtis J. Neeley Jr. filed a pleading titled "Motion Seeking

Preliminary Injunction."  Dkt. 101.  Mr. Neeley appears to be dissatisfied with certain aspects of

the Court's April 19 Order and seeks relief that is at odds with this Court's prior ruling.

However, Mr. Neeley has not requested that the Court lift the stay of this action.

In light of the current stay, and unless directed otherwise by the Court, Plaintiffs will not

be filing any additional response to address Mr. Neeley's motion,[1] other than papers in support

---

[1] Although Mr. Neeley's motion was not properly noted on the Court's motion calendar pursuant to CR 7 of the
Local Rules for the United States District Court for the Western District of Washington ("Local Rules"), Plaintiffs

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S MOTION SEEKING
PRELIMINARY INJUNCTION (No. CV09-45RAJ) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

of final approval, which are scheduled to be filed on or before December 9, 2010.  Dkt. 76 at 13

("The parties to the Settlement Agreement may file additional papers in support of the

proposed settlement seven (7) calendar days prior to the Final Hearing.").

DATED this 22nd day of November, 2010.

**KELLER ROHRBACK L.L.P.**

By s/Amy Williams-Derry
Mark A. Griffin, WSBA #16296
Amy Williams-Derry, WSBA #28711
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
awilliams-derry@kellerrohrback.com

Brian S. Kabateck
Richard L. Kellner
Joshua H. Haffner
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA  90017
Tel: (213) 217-5000
Fax: (213) 217-5010
bsk@kbklawyers.com
rlk@kbklawyers.com
jhh@kbklawyers.com

***Counsel for Plaintiffs and the Class***

are filing this response on the date mandated by the Local Rules had the motion been properly noted for
consideration on November 26, 2010.  CR 7(d)(3) ("motions for preliminary injunction shall be noted for
consideration no earlier than the fourth Friday after filing and service of the motion.")

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S MOTION SEEKING
PRELIMINARY INJUNCTION (No. CV09-45RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CLASSMATES.COM          )     No. CV09-45RAJ
CONSOLIDATED LITIGATION       )
                              )     CERTIFICATE OF SERVICE
                              )
_____)

I hereby certify that, on November 22, 2010, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following:

Brian S. Kabateck, Joshua H Haffner, Richard L. Kellner, Clifford A. Cantor, David Stampley, Scott A. Kamber, Ana Tagvoryan, Jeffrey A. Rosenfeld, Russell B. Wuehler, Nicole M. Tadano, Stellman Keehnel, Theodore Frank and Lawrence Carl Locker.

I further certify that some of the participants in the case are not registered CM/ECF users. I have dispatched the foregoing documents to a third party commercial carrier for overnight delivery to the following non-CM/ECF participants:

Curtis Neeley
2619 North Quality Lane, Suite 123
Fayetteville, AR 72703

DATED this 22nd day of November, 2010.


                              s/Amy Williams-Derry
                              _____
                              Amy Williams-Derry

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S MOTION SEEKING
PRELIMINARY INJUNCTION (No. CV09-45RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384