HONORABLE RICHARD A. JONES

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION, | MASTER CASE NO. C09-45RAJ<br><br>MINUTE ORDER<br><br>(APPLIES TO ALL ACTIONS) |

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

Concurrently with this order, the court has directed the clerk to place on the docket approximately 160 objections that the court received from class members in response to Plaintiffs' supplemental notice to class members and class counsel's motion for attorney fees and costs.

The deadline for such objections was November 19, 2010. The court has arranged the objections it received not by the date on the objection, but rather the date that the court received the objection. Because of complications arising from weather-related and holiday court closures from November 22 through November 25, the court deems all of the objections posted concurrently with this order (which include all objections received through November 25, 2010) to be timely received.

The court expects class counsel and Defendants' counsel to address the substance of these objections in their final submissions in advance of the December 16, 2010 hearing regarding the final approval of the settlement of the class action. The court is far

MINUTE ORDER – 1

1 more interested in counsel's substantive responses than in any responses relating to the
2 form, timing, or other procedural concerns about the objections.
3     If counsel have received objections that are not entered on the docket, they shall
4 contact the court immediately.
5     Counsel shall place a hyperlink to this order and to the objections themselves on
6 the settlement website.
7     Filed and entered this 30th day of November, 2010.

                    WILLIAM M. MCCOOL, Clerk

                        s/Consuelo Ledesma

            By

                    Deputy Clerk

MINUTE ORDER – 2