The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | ) ) ) ) ) ) | No. CV09-45RAJ<br><br>JOINT STATUS REPORT |

## JOINT STATUS REPORT

Plaintiffs Anthony Michaels and David Catapano ("Plaintiffs") and Defendants Classmates Online, Inc., Classmates Media Corporation, and United Online, Inc. ("Defendants") respectfully submit this Joint Status Report pursuant to the Court's February 22, 2011 Order.

1. The parties have reached an agreement in principle to settle the litigation upon new terms.

2. The parties are in the process of finalizing and executing a Revised Class Action Settlement Agreement that memorializes their substantially revised agreement.

3. The parties respectfully request that they be given until March 17, 2011 to file a motion for preliminary approval of their revised class action settlement agreement.

4. The parties request that the stay of the litigation remain in place pending the Court's review of the motion for preliminary approval.

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

DATED this 4th day of March, 2011.

**KELLER ROHRBACK L.L.P.**

By s/ Mark A. Griffin
   Mark A. Griffin, WSBA #16296
   Amy Williams-Derry, WSBA #28711
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101-3052
   Tel: (206) 623-1900
   Fax: (206) 623-3384
   mgriffin@kellerrohrback.com
   awilliams-derry@kellerrohrback.com

   Brian S. Kabateck
   Richard L. Kellner
   Joshua H. Haffner
   KABATECK BROWN KELLNER LLP
   644 South Figueroa Street
   Los Angeles, CA  90017
   Tel: (213) 217-5000
   Fax: (213) 217-5010
   bsk@kbklawyers.com
   rlk@kbklawyers.com
   jhh@kbklawyers.com

   *Interim Class Counsel*

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

**DLA PIPER LLP (US)**

2

By: s/ Russell B. Wuehler (*with permission*)
    Stellman Keehnel, WSBA No. 9309
    Russell B. Wuehler, WSBA No. 37941
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104
    Tel: (206) 839-4800
    Fax: (206) 839-4801
    stellman.keehnel@dlapiper.com
    russell.wuehler@dlapiper.com

***Attorneys for Defendants Classmates Online, Inc., Classmates Media Corporation and United Online, Inc.***

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
Nicole Tadano, WSBA No. 40531
DLA Piper US LLP
stellman.keehnel@dlapiper.com
russell.wuehler@dlapiper.com
Nicole.tadano@dlapiper.com

Artin Gholian
Joshua Haffner
Richard Kellner
Kabateck Brown Kellner
ag@kbklawyers.com
jhh@kbklawyers.com
rlk@kbklawyers.com

Eric Fierro
Keller Rohrback P.L.C.
efierro@kellerrohrback.com

Clifford A. Cantor, WSBA No. 17893
Law Office of Clifford A. Canter PC
cacantor@comcast.net

David Stampley
Scott Kamber
KamberLaw, LLC
dstampley@kamberlaw.com
skamber@kamberlaw.com

Lawrence Carl Locker, WSBA No. 15819
Summit Law Group
larryl@summitlaw.com

Theodore Frank
Center for Class Action Fairness
tfrank@gmail.com

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Curtis J. Neeley, Jr.
curtis@CurtisNeeley.com

***Attorneys for Defendants Classmates Online, Inc,
Classmates Media Corporation and United Online, Inc.***

                                                s/Mark A. Griffin

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 5

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384