# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

**Curtis J Neeley Jr., MFA**
*Pro Se* party alleged a member of the class currently brought by
**Anthony Michaels**
on behalf of himself and everyone lawyers can deceive by wire
    Plaintiffs
     v

# CASE NO. 2:09-cv-00045-RAJ

**Classmates Online Inc.**
**Classmates Media Corporation and United Online Inc.**
**Does 1-5, corporations**
**Does 1-50, Legal Counselors**
    Defendants
**IN RE: CLASSMATES.COM CONSOLIDATED LITIGATION**

## MOTION SEEKING RULE 19 JOINDER AS PARTY

1. Comes now the Curtis J Neeley Jr., MFA respectfully and enters this motion so the WAWD Court now permits Mr Neeley to be joined as party in this litigation. Federal Rules of CP Rule 19 state it should be allowed if feasible if joinder will not deprive the Court of subject matter jurisdiction. Federal Rules of CP Rule 19 (a) (1.) (B.) (i) require that Mr Neeley be joined as a party because failing to do so would impair his ability to seek justice. This is due to the fact that Mr Neeley is an emotionally distressed Party who is insulted soundly by the former litigation.

2. There is no way that the damages done by the felony wire crimes could have impacted millions of people so little yet rewarded one corporation and it stockholders with more than 700 million in the last five years. US Title 18 § 1343 is a measure of the potential statutory severity of the wire fraud felony and makes class actions entirely inappropriate. The prior action is illogical on its face and <classmates.com> has generated over 700 million dollars of ill-gotten gains in the last five years and will continue this cyber-crime-wave if allowed to continue to exist.

                                                               Respectfully

                                                   <u>s/Curtis J Neeley Jr.</u>    .

                                                   Curtis J. Neeley Jr., MFA