The Honorable Richard A. Jones

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CLASSMATES.COM
CONSOLIDATED LITIGATION

)
)
)
)
)
)
)

No. C09-45RAJ

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S FILING SEEKING
RULE 19 JOINDER AS PARTY

On March 7, 2011, Curtis J. Neeley Jr. filed a pleading titled "Motion Seeking Rule 19 Joinder as Party."  Dkt. 130.  However, Mr. Neeley did not note the motion in accordance with CR 7(d)(3).  This is at least the second time that Mr. Neeley has filed a pleading in this action that fails to comply with the local rules.  *See*, *e.g*., Dkt. 101 (failing to note motion for preliminary injunction).

Because Mr. Neeley's filing has not been properly noted as a motion, Plaintiffs will not be filing an opposition unless and until requested to do so by the Court.

DATED this 21st day of March, 2011.

**KELLER ROHRBACK L.L.P.**

By s/Amy Williams-Derry
Mark A. Griffin, WSBA #16296
Amy Williams-Derry, WSBA #28711

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S FILING SEEKING
RULE 19 JOINDER AS PARTY (No. CV09-45RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel: (206) 623-1900
Fax: (206) 623-3384
mgriffin@kellerrohrback.com
awilliams-derry@kellerrohrback.com

Brian S. Kabateck
Richard L. Kellner
Joshua H. Haffner
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA  90017
Tel: (213) 217-5000
Fax: (213) 217-5010
bsk@kbklawyers.com
rlk@kbklawyers.com
jhh@kbklawyers.com

*Interim Class Counsel*

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE CLASSMATES.COM              )      No. CV09-45RAJ
CONSOLIDATED LITIGATION           )
                                  )      CERTIFICATE OF SERVICE
                                  )
_____  )

I HEREBY CERTIFY that on the 21st day of March, 2011, I electronically filed the

foregoing document with the Clerk of the Court using the ECF system, which will send

notification of such filing to the following:

Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
Nicole Tadano, WSBA No. 40531
DLA Piper US LLP
stellman.keehnel@dlapiper.com
russell.wuehler@dlapiper.com
Nicole.tadano@dlapiper.com

Artin Gholian
Joshua Haffner
Richard Kellner
Kabateck Brown Kellner
ag@kbklawyers.com
jhh@kbklawyers.com
rlk@kbklawyers.com

Eric Fierro
Keller Rohrback P.L.C.
efierro@kellerrohrback.com

Clifford A. Cantor, WSBA No. 17893
Law Office of Clifford A. Canter PC
cacantor@comcast.net

David Stampley
Scott Kamber
KamberLaw, LLC
dstampley@kamberlaw.com
skamber@kamberlaw.com

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S FILING SEEKING
RULE 19 JOINDER AS PARTY (No. CV09-45RAJ) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1

2  Lawrence Carl Locker, WSBA No. 15819
   Summit Law Group
3  larryl@summitlaw.com

4  Theodore Frank
   Center for Class Action Fairness
5  tfrank@gmail.com

6  Curtis J. Neeley, Jr.
   curtis@CurtisNeeley.com
7

8  **Attorneys for Defendants Classmates Online, Inc,**
   **Classmates Media Corporation and United Online, Inc.**
9

10                                             s/Amy Williams-Derry

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFFS' RESPONSE REGARDING
CURTIS NEELEY'S FILING SEEKING
RULE 19 JOINDER AS PARTY (No. CV09-45RAJ) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384