The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | No. CV09-45RAJ<br><br>**JOINT STATUS REPORT** |

Plaintiffs Anthony Michaels and David Catapano ("Plaintiffs") and Defendants Classmates Online, Inc., Classmates Media Corporation, and United Online, Inc. ("Defendants") respectfully submit this Joint Status Report.

1. The parties are finalizing a written document reflecting their agreement in principle to settle this litigation pursuant to revised settlement terms, and expect to have signatures on that written agreement by the close of business today.

2. The parties respectfully request that they be given through and until March 25, 2011 to file a motion for preliminary approval of their revised class action settlement agreement.

3. The parties request that the stay of the litigation remain in place pending the Court's review of the motion for preliminary approval.

/

/

/

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  DATED this 24th day of March, 2011.

2          **KELLER ROHRBACK L.L.P.**

3  By s/ Amy Williams-Derry
    Mark A. Griffin, WSBA #16296
    Amy Williams-Derry, WSBA #28711
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101-3052
    Tel: (206) 623-1900
    Fax: (206) 623-3384
    mgriffin@kellerrohrback.com
    awilliams-derry@kellerrohrback.com

    Brian S. Kabateck
    Richard L. Kellner
    Joshua H. Haffner
    KABATECK BROWN KELLNER LLP
    644 South Figueroa Street
    Los Angeles, CA  90017
    Tel: (213) 217-5000
    Fax: (213) 217-5010
    bsk@kbklawyers.com
    rlk@kbklawyers.com
    jhh@kbklawyers.com

    *Interim Class Counsel*


**DLA PIPER LLP (US)**

By: s/ Russell B. Wuehler (*with permission*)
    Stellman Keehnel, WSBA No. 9309
    Russell B. Wuehler, WSBA No. 37941
    DLA Piper US LLP
    701 Fifth Avenue, Suite 7000
    Seattle, WA 98104
    Tel:  (206) 839-4800
    Fax:  (206) 839-4801
    stellman.keehnel@dlapiper.com
    russell.wuehler@dlapiper.com

    *Attorneys for Defendants Classmates Online, Inc., Classmates Media Corporation and United Online, Inc.*

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
Nicole Tadano, WSBA No. 40531
DLA Piper US LLP
stellman.keehnel@dlapiper.com
russell.wuehler@dlapiper.com
Nicole.tadano@dlapiper.com

Artin Gholian
Joshua Haffner
Richard Kellner
Kabateck Brown Kellner
ag@kbklawyers.com
jhh@kbklawyers.com
rlk@kbklawyers.com

Eric Fierro
Keller Rohrback P.L.C.
efierro@kellerrohrback.com

Clifford A. Cantor, WSBA No. 17893
Law Office of Clifford A. Canter PC
cacantor@comcast.net

David Stampley
Scott Kamber
KamberLaw, LLC
dstampley@kamberlaw.com
skamber@kamberlaw.com

Lawrence Carl Locker, WSBA No. 15819
Summit Law Group
larryl@summitlaw.com

Theodore Frank
Center for Class Action Fairness
tfrank@gmail.com

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  Curtis J. Neeley, Jr.
2  curtis@CurtisNeeley.com

3  ***Attorneys for Defendants Classmates Online, Inc,***
   ***Classmates Media Corporation and United Online, Inc.***
4

5                                                       s/Amy Williams-Derry_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

JOINT STATUS REPORT
(No. CV09-45RAJ) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384