The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | ) No. C09-45RAJ<br>) DECLARATION OF PLAINTIFF<br>) ANTHONY MICHAELS IN SUPPORT<br>) OF PLAINTIFFS' MOTION FOR<br>) APPROVAL OF CLASS ACTION<br>) SETTLEMENT<br>) |

DECLARATION OF ANTHONY MICHAELS
(No. CV09-45RAJ) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

## DECLARATION OF ANTHONY MICHAELS

I, Anthony Michaels, hereby declare as follows:

1. I am a named plaintiff in the above captioned case, entitled *In Re Classmates.com Consolidated Litigation,* I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I have been represented by my counsel Keller Rohrback L.L.P. and Kabateck Brown Kellner LLP in connection with this matter.

3. Prior to August 2008 I registered for a free subscription to Classmates.com and thereafter began receiving numerous misleading emails which incorrectly conveyed the reasonable impression that former classmates of mine were actively trying to contact me through Classmates.com. I purchased a gold membership through Classmates.com and then learned that no past acquaintances were trying to contact me.

4. During the course of litigation, I have had numerous telephonic and e-mail contacts with my counsel at Keller Rohrback and Kabateck Brown Kellner. They have routinely filled me in on the status of the case and have attended to my questions and concerns about this litigation on behalf of myself and others similarly situated. I have also devoted time assisting my counsel in the prosecution of this case, which includes providing them with requisite information to move forward with this case fairly, by explaining the facts and circumstances of this matter and answering questions from my counsel.

5. I have been involved with my attorneys during the settlement negotiation process, and I am knowledgeable about the strengths and weaknesses of this case. I was fully advised as to the provisions of the settlement and have reviewed the entire agreement. I fully support the terms reached within the settlement agreement which is dated March 24, 2011 and find it to be fair and reasonable when taking into account the risks associated with further litigation as well as the benefits to myself and the class members.

DECLARATION OF ANTHONY MICHAELS
(No. CV09-45RAJ) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

6. I have also faced substantial risk in serving as a class representative as I understand that in becoming a class representative I am risking the imposition of costs and attorneys fees if the case does not prevail.

7. I am currently not a party to, nor have I been a party to at any time during the course of this litigation, to any cases which are similar to the above entitled case pending in other jurisdictions or courts.

8. I continue to be and have been willing and able to serve as a Class Representative in this litigation. I fully understand the duties of the Class Representative, including the duty to prosecute this case on behalf of the entire putative class. I have been and remain able and prepared to continue to work with my attorneys to stay informed about the issues in this case and to provide relevant information, documents and testimony when they are requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 24 2011, at San Diego, California.

By: *Anthony Michaels*
Anthony Michaels

DECLARATION OF ANTHONY MICHAELS
(No. CV09-45RAJ) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900

The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | ) ) ) ) ) ) | No. CV09-45RAJ<br><br>CERTIFICATE OF SERVICE |

I HEREBY CERTIFY that on the 25th day of March, 2011, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Stellman Keehnel, WSBA No. 9309
Russell B. Wuehler, WSBA No. 37941
Nicole Tadano, WSBA No. 40531
DLA Piper US LLP
stellman.keehnel@dlapiper.com
russell.wuehler@dlapiper.com
Nicole.tadano@dlapiper.com

*Attorneys for Defendants Classmates Online, Inc,*
*Classmates Media Corporation and United Online, Inc.*

Clifford A. Cantor, WSBA No. 17893
Law Office of Clifford A. Canter PC
cacantor@comcast.net

/

/

CERTIFICATE OF SERVICE
(No. CV09-45RAJ) Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  David Stampley
   Scott Kamber
2  KamberLaw, LLC
   dstampley@kamberlaw.com
3  skamber@kamberlaw.com
4
   Lawrence Carl Locker, WSBA No. 15819
5  Summit Law Group
   larryl@summitlaw.com
6
7  Theodore Frank
   Center for Class Action Fairness
8  tfrank@gmail.com
9  Curtis J. Neeley, Jr.
   curtis@CurtisNeeley.com
10
                                            s/Amy Williams-Derry
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE
(No. CV09-45RAJ) Page - 5

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384