The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | Case No.  CV 09-45 RAJ<br><br>NOTICE OF APPEAL |

**NOTICE OF APPEAL**

Notice is hereby given that CHRISTOPHER V. LANGONE, proposed intervenor, in the above-named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order denying his motion to intervene entered in this action on the 19th day of May, 2011.

DATED this 20th day of June, 2011.

SEATTLE DEBT LAW, LLC

/s/ Christina L. Henry _____
Christina Latta Henry, WSBA#31273
Attorney for Objector

/s/ Mark Lavery_____
Mark Lavery (admitted *pro hac vice*)
The Lavery Law Firm
733 S. Lee, Ste 150
Des Plaines, IL 60016
(847) 813-7771
mark@laverylawfirm.com

NOTICE OF APPEAL- 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206) 447-0115

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 20, 2011, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court via the CM/ECF system, which will send notification of such filing to the following:

Mark Griffin, Artin Gholian, Brian Kabateck, Joshua Haffner, Richard Kellner, Amy C. Williams-Derry, Shane Cramer, Clifford A. Cantor, David Andrew Stampley, Scott Kamber, Eric J. Fierro, Anahit Tagvoryan, Jeffrey Rosenfeld, Russell Wuehler, Nicole Tadano, Stellman Keehnel, Lawrence Carl Locker, Theodore H. Frank, and Curtis J. Neeley, Jr.

DATED this 20th day of June, 2011.

/s/ Christina L. Henry_____
Christina L. Henry

NOTICE OF APPEAL- 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE,.SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206) 447-0115