The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re:<br><br>IN RE CLASSMATES.COM CONSOLIDATED LITIGATION | Case No.  CV 09-45 RAJ<br><br>NOTICE OF WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF *PRO SE* |

PLEASE TAKE NOTICE that Christina L. Henry of Seattle Debt, Law LLC hereby withdraws representation of Christopher V. Langone ("Objector"), to allow the Objector to represent himself *Pro Se.*

YOU ARE FURTHER NOTICED that Christopher V. Langone, 207 Texas Lane, Ithaca, NY 14850, phone number (607) 592–2661, has been substituted as *Pro Se* Objector of record.

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process, shall be served upon the substituted *Pro Se* Objector of record along with all others above-named.  This withdrawal and substitution will be effective as of the date hereof.

DATED this 26th day of September, 2011.

SEATTLE DEBT LAW, LLC

*/s/ Christopher V. Langone*
Christopher V. Langone
Substituting as *Pro Se*

By  */s/ Christina Latta Henry*
Christina Latta Henry, WSBA# 31273
Withdrawing as Attorney of Record

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVENUE, SUITE 1050
SEATTLE, WASHINGTON  98104
telephone (206) 324-6677
fax (206) 447-0115