# Seattle Debt Law

705 Second Avenue Suite 1050
Seattle, WA 98104

Ph:206-324-6677          Fax:206-447-0115

Mark Lavery                                      January 13, 2012
733 S. Lee, Suite 150
Des Plaines, IL
60016

                                                 File #:   498-001
**Attention:**                                   Inv #:       920

RE:      Classmates

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Oct-19-10 | Review e-mail from M. Lavery re local counsel representation for Classmates Class Action (0.1); telephone call with M. Lavery re representation and Classmates litigation (0.3). | 0.40 | 116.00 | CLH |
| Oct-21-10 | E-mail correspondance with M. Lavery re interest in learning more about the lawsuit and agreement to represent as local counsel. | 0.10 | 25.00 | CLH |
| Apr-06-11 | Telephone call with M. Lavery re need for local counsel and pro hac vice representation. | 0.20 | 50.00 | CLH |
|  | Review Classmates case on Pacer and Western District of Washington Court Rules re Pro Hac Vice Application (0.3); prepare Notice of Appearance for Christina L. Henry and Seattle Debt Law, LLC (0.3); compose e-mail to M. Lavery regarding instructions for Pro Hac Vice application. (0.2). | 0.80 | 100.00 | SKS |
| Apr-08-11 | Compose e-mail to M. Lavery to follow up on approval to file Pro Hac Vice application. | 0.10 | 12.50 | SKS |
| Apr-11-11 | Review Motion to Intervene from M. Lavery and prepare for filing. | 0.40 | 100.00 | CLH |
|  | Review Objection by Chris Langone from M. Lavery and prepare for filing. | 0.30 | 75.00 | CLH |
|  | Review letter correspondence from D. Chalmers re untimely pleading for objection to class action settlement. | 0.20 | 50.00 | CLH |
|  | Reivew Classmates response re joiner. | 0.20 | 56.00 | CLH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | t/c to & from lavery re decl; intervene; object & respond to mtn for prelim approval fo settlement | 2.30 | 287.50 | SKS |
| Apr-12-11 | Conference call with M. Lavery and C. Langone re strategy for objection to class action settlement and time to re-file (0.3); review response by Classmates re Motoin for Preliminary Approval of Class Action Settlement (0.4). | 0.70 | 175.00 | CLH |
| | Review classmates mtns/responses filed in support/opposition settlement; conf call w lavery & langone | 2.00 | N/C | SKS |
| Apr-25-11 | Review e-mail from M. Lavery. | 0.10 | 25.00 | CLH |
| | classmates reading | 1.00 | 125.00 | SKS |
| Apr-26-11 | classmates reading pleadings in opposition | 0.50 | 62.50 | SKS |
| | Review of Response to Motion to Interviene and e-mail to M. Lavery, C. Langone and C. Henry re issues in responses. | 0.30 | 37.50 | SKS |
| Apr-29-11 | Review of Reply from M. Lavery, prepare for filing. | 0.20 | 50.00 | CLH |
| | Telephone call with M. Lavery and C. Langone re reply. | 0.30 | 75.00 | CLH |
| | Telephone calls with C. Langone and M. Lavery re work on revision of Reply brief. | 5.00 | 625.00 | SKS |
| | E-mail to M. Lavery re Local Rule of only 6 pages for reply brief. | 0.20 | 25.00 | SKS |
| May-04-11 | t/c w mark lavery re classmates | 0.50 | 62.50 | SKS |
| May-19-11 | Review of Court Order denying Motion to Intervene (0.3). | 0.20 | 50.00 | CLH |
| Jun-20-11 | Telephone call with M. Lavery and C. Langone re appeal of Order Denying Motion to Intervene. | 0.40 | 112.00 | CLH |
| | Draft Notice of Appeal of Order Denying Motion to Intervene. | 0.40 | 60.00 | SKS |
| Jun-29-11 | Review e-mail from M. Lavery re hearing on Motion to Preliminarily Approve Class Settlement Agreement. | 0.10 | 28.00 | CLH |
| | Compose e-mail to M. Lavery re need to file Pro Hac Vice application in appeals case. | 0.10 | 28.00 | CLH |
| Jun-30-11 | Draft answers to Medition Questionnaire for Appeal. | 1.50 | 420.00 | CLH |
| Jul-05-11 | Finalize mediation questionnaire for appeal. | 0.30 | 75.00 | CLH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Jul-07-11 | Attend hearing re hearing on Motion to Preliminary Approve Class Settlement Agreement. | 1.50 | 420.00 | CLH |
| Jul-11-11 | Review Order referring appeal to mediation. | 0.20 | 56.00 | CLH |
| Aug-05-11 | E-mail correspondence with M. Lavery re upcoming mediation re appeal. | 0.10 | 28.00 | CLH |
| | Review e-mail correspondence from C. Langone re mediation for appeal. | 0.10 | 28.00 | CLH |
| | E-mail to M. Lavery re appeal brief and involvement Pro Hac Vice. | 0.10 | 28.00 | CLH |
| Aug-09-11 | Telephone call with C. Langone (0.5); Mediation conference calls with Mediator and C. Langone (0.6). | 1.10 | 308.00 | CLH |
| Sep-20-11 | Review appeal docket and deadlines (0.2); Compose e-mail to C. Langone and M. Lavery re need for co-counseling agreement that has not been completed and need for Pro Hac Vice appointment or withdrawal from appeal (0.3). | 0.30 | 84.00 | CLH |
| Sep-21-11 | E-mail from C. Langone re withdrawal of representation from appeal. | 0.20 | 56.00 | CLH |
| Oct-14-11 | Review e-mail from M. Lavery to A. Williams-Derry re billing for opposition to objection by C. Langone. | 0.10 | 28.00 | CLH |
| Oct-20-11 | Review e-mail from A. Williams-Derry re need to formally object to motion for fees re any billing concerns. | 0.10 | 28.00 | CLH |
| Nov-11-11 | Review e-mail from M. Lavery re fairness hearing and objection deadline re fee award. | 0.20 | 56.00 | CLH |
| | Compose e-mail to M. Lavery and C. Langone re need for billing statement and lack of signed co-counseling agreement regarding fees. | 0.10 | 28.00 | CLH |
| | Review e-mail from M. Lavery to Amy Williams-Derry re number of claims in case. | 0.10 | 28.00 | CLH |
| | Review e-mail from M. Lavery re need for fee petition before the court and need for conference call. | 0.10 | 28.00 | CLH |
| Nov-14-11 | Review e-mail from Amy Williams-Derry to M. Lavery re number of claims in case. | 0.10 | 28.00 | CLH |
| Nov-18-11 | Review of C. Langone's objection to Class Action Settlement. | 0.30 | 84.00 | CLH |
| Nov-24-11 | E-mail to C. Langone re whether his objection to the Class Action Settlement needed to be filed. | 0.10 | 28.00 | CLH |
| Nov-29-11 | Review e-mail from M. Lavery to Amy Williams-Derry re final number of claims and exclusions. | 0.10 | 28.00 | CLH |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-02-11 | Compose e-mail to M. Lavery and C. Langone re 44 objections and need for conference call. | 0.20 | 56.00 | CLH |
| Dec-05-11 | E-mail and telephone call to M. Lavery re call from Amy Williams-Derry. | 0.10 | 28.00 | CLH |
| | E-mails with Amy Williams-Derry re whether or not C. Henry had withdrawn and counsel and discussion re docketing error. | 0.40 | 112.00 | CLH |
| | Review of Docket re misfiled withdrawal and e-mail to Amy Williams-Derry confirming that C. Henry was still an active counsel in the case. | 0.20 | 56.00 | CLH |
| Dec-15-11 | Attend hearing with M. Lavery and C. Langone re approval of class action settlement. | 1.75 | 490.00 | CLH |
| Dec-22-11 | Telephone call to M. Lavry re need for time records. | 0.30 | 84.00 | CLH |
| Dec-27-11 | Refusal of service of summons to C. Langone and M. Lavery and Telephone call and E-mail to A. Williams-Derry re same. | 0.20 | 56.00 | CLH |
| Dec-29-11 | Compose e-mail to M. Lavery and C. Langone re unsigned fee agreements. | 0.10 | 28.00 | CLH |
| Dec-30-11 | Review e-mail from A. Williams-Derry re subpoena. | 0.20 | 58.00 | CLH |
| Jan-03-12 | Review of e-mail from M. Lavery to A. Williams-Derry re address and subpoena. | 0.20 | 58.00 | CLH |
| Jan-10-12 | Review e-mail from C. Langone to A. Williams-Derry re rules for service of Subpoena. | 0.30 | 87.00 | CLH |
| Jan-12-12 | Telephone call w. M. Lavery and C. Langone re fee application. | 0.20 | 58.00 | CLH |
| Jan-13-12 | Review e-mail from M. Lavery re subpoena harrassment. | 0.10 | 28.00 | CLH |
| | Review e-mail wiht letter attachments from 1-11-2012 re letters from A. Williams-Derry. | 0.30 | 87.00 | CLH |
| | Totals | 28.25 | $5,565.50 | |

**Total Fee & Disbursements** $5,565.50

**Balance Now Due** $5,565.50

TAX ID Number   57-1236187