**From:** Mark Lavery <mtllaw@gmail.com>
**Subject:** Invoice
**Date:** January 13, 2012 2:00:50 PM CST
**To:** Mark Lavery <mtllaw@gmail.com>, Christopher Langone <langonelaw@gmail.com>

**Invoice #7**

Jan 13, 2012

Client: Chris Langone

Reference #: (null)

Terms: (null)

**Project:** In re Classmates (Class Action Objection)

**Hours Detail:** (88.20 Hours)

| Date | Description | Hours | Price | Amount |
|---|---|---|---|---|
| Oct 14, 2011 | Correspondence:Email to AWD and MG re billing | 0.25 | $475.00 | $118.75 |
| Nov 11, 2011 | Correspondence:Email to CVL and CLH re objection to final approval. | 0.25 | $475.00 | $118.75 |
| Nov 16, 2011 | Document Review:Review and analysis of class counsel attorney fees. | 1.25 | $475.00 | $593.75 |
| Nov 16, 2011 | Research:Reviewed and analyzed Bluetooth and related cases. | 1.25 | $475.00 | $593.75 |
| Nov 16, 2011 | Drafting:Drafted class action objection for CVL. | 2.25 | $475.00 | $1,068.75 |
| Dec 12, 2011 | Conference:Prep session for hearing | 5.75 | $475.00 | $2,731.25 |
| Dec 14, 2011 | Drafting:Drafted outline for oral argument | 1.25 | $475.00 | $593.75 |
| Dec 14, 2011 | Research:Reviewed analyzed Bluetooth and Mercury Interactive | 1.50 | $475.00 | $712.50 |
| Dec 14, 2011 | Document Review:Reviewed new documents posted to website to prepare for hearing. | 1.50 | $475.00 | $712.50 |
| Dec 14, 2011 | Conference:Prep session with CVL for hearing. | 4.25 | $475.00 | $2,018.75 |
| Dec 14, 2011 | Travel:Travel from Chicago to Hearing in Seattle. | 6.50 | $237.00 | $1,540.50 |
| Dec 15, 2011 | Conference:Post hearing discussion with Greenberg. | 0.25 | $475.00 | $118.75 |
| Dec 15, 2011 | Research:Research on objector award cases and articles. | 0.50 | $475.00 | $237.50 |
| Dec 15, 2011 | Drafting:Revised outline for oral argument | 0.50 | $475.00 | $237.50 |
| Dec 15, 2011 | Conference:Conference with CVL and JPB at courthouse library re prep for hearing | 0.75 | $475.00 | $356.25 |
| Dec 15, 2011 | Conference:Prep session with CVL for final approval hearing. | 3.50 | $475.00 | $1,662.50 |
| Dec 15, 2011 | Court Appearance :Final Approval Hearing. | 4.00 | $475.00 | $1,900.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Dec 16, 2011 | Conference:Conference with JPB. Discuss fee analysis project. | 1.00 | $475.00 | $475.00 |
| Dec 16, 2011 | Drafting:Outlined Motion for Attorney Fee Award | 1.00 | $475.00 | $475.00 |
| Dec 16, 2011 | Conference:Conference with CVL re Service Award | 2.00 | $475.00 | $950.00 |
| Dec 16, 2011 | Conference:Post hearing conference with CVL and JPB re hearing. Discussed drafting memo and award petition | 3.50 | $475.00 | $1,662.50 |
| Dec 16, 2011 | Travel:Travel from Seattle Hearing to Chicago | 6.25 | $237.00 | $1,481.25 |
| Dec 17, 2011 | Document Review:Reviewed Original 3/12/10 Settlement Agreement | 0.25 | $475.00 | $118.75 |
| Dec 17, 2011 | Drafting:Drafted outline of case points drawn from young V. Polo Vaughn walker opinion | 0.50 | $475.00 | $237.50 |
| Dec 17, 2011 | Research:Research Laffey Matrix Law and Experts | 0.75 | $475.00 | $356.25 |
| Dec 17, 2011 | Drafting:Revised Award Petition Outline | 0.20 | $475.00 | $95.00 |
| Dec 19, 2011 | Document Review:Reviewed Court Order re Fee Petition | 0.25 | $475.00 | $118.75 |
| Dec 19, 2011 | Research:Reviewed Substantiation Of Fees: Laffey Matrix Versus Adjusted Laffey Matrix . . . Or Hybrid Of A Matrix--Part 1 of 2 | 0.25 | $475.00 | $118.75 |
| Dec 19, 2011 | Research:Reviewed Substantiation Of Fees: Laffey, Adjusted Laffey Matrix, Or Hybrid Approach For Determining Reasonable Hourly Lodestar Rate--Part 2 of 2 | 0.25 | $475.00 | $118.75 |
| Dec 19, 2011 | Drafting:Revised Award Petition Outline and Intro | 1.25 | $475.00 | $593.75 |
| Dec 20, 2011 | Conference:Call with CVL re update on award petition and research | 0.25 | $475.00 | $118.75 |
| Dec 20, 2011 | Research:Reviewed THE ROLE OF THE OBJECTOR IN CLASS ACTION SETTLEMENTS-A CASE STUDY OF THE GENERAL MOTORS TRUCK "SIDE SADDLE" FUEL TANK LITIGATION Robert B. Gerard & Scott A. Johnson | 0.25 | $475.00 | $118.75 |
| Dec 20, 2011 | Research:Reviewed The AmericAn LAw insTiTuTe's new ApproAch To cLAss AcTion objecTors' ATTorney Fees William B. Rubenstein | 0.25 | $475.00 | $118.75 |
| Dec 21, 2011 | Conference:Call with Greenberg about fee petition order and subpoena from AWD to Donor's Trust | 0.25 | $475.00 | $118.75 |
| Dec 21, 2011 | Research:Analyzing rise of professional objectors kabatek | 0.50 | $475.00 | $237.50 |
| Dec 22, 2011 | Conference:Call to CLH. Lft message. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Call to DF re fee evidence | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Call to Deryl Edwards re award petition rate evidence. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Call to bill hutl. Re fee evidence. Left message. | 0.25 | $475.00 | $118.75 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Dec 22, 2011 | Conference:Conference with paralegal re document evidence review. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Drafting:Drafted email to CLH re award petition | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Drafting:Drafted email to CVL on risk factor for service award. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Research:More background research on Vaughn Walker fee awards. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Document Review:Reviewed Order on transcript | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Drafting:Revising Vaughn Walker argument for award petition. | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Conference on progress of award petition | 0.50 | $475.00 | $237.50 |
| Dec 22, 2011 | Drafting:Drafted Award petition section on risk to objector factor. | 0.50 | $475.00 | $237.50 |
| Dec 22, 2011 | Drafting:Outlining supplemental memo in opposition to settlement | 0.50 | $475.00 | $237.50 |
| Dec 22, 2011 | Drafting:Revised Intro to award petition | 0.50 | $475.00 | $237.50 |
| Dec 22, 2011 | Drafting:Drafting award petition argument. Under ALI guideline and equity and rule 23 caselaw and doctrine Court should award objectors fees paid by parties for illusory settlement. Fiduciary duty theory. | 0.75 | $475.00 | $356.25 |
| Dec 22, 2011 | Drafting:Revised memo re AWD fees. | 0.75 | $475.00 | $356.25 |
| Dec 22, 2011 | Drafting:Revised award petition. | 1.25 | $475.00 | $593.75 |
| Dec 22, 2011 | Drafting:Revised award petition | 2.25 | $475.00 | $1,068.75 |
| Dec 22, 2011 | Conference:Left voicemail for CLH | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Call to CLH talked to staff re case she will call back | 0.25 | $475.00 | $118.75 |
| Dec 22, 2011 | Conference:Call with NH re local rates | 0.25 | $475.00 | $118.75 |
| Dec 25, 2011 | Document Review:Reviewed classmates motion for preliminary approval to compare to sonics motion | 0.25 | $475.00 | $118.75 |
| Dec 25, 2011 | Document Review:Review motion for preliminary approval in Sonics Class Action | 0.50 | $475.00 | $237.50 |
| Dec 26, 2011 | Drafting:Argument for award petition on recycling work and reasonability of charges for such work | 0.50 | $475.00 | $237.50 |
| Dec 26, 2011 | Drafting argument that Sonics case fee petition shows ineffiency by KR in Classmates case | 0.75 | $0.00 | $0.00 |
| Dec 27, 2011 | Document Review:Reviewed email from AWD. | 0.25 | $475.00 | $118.75 |
| Dec 28, 2011 | Conference:Call with CLH re subpoena | 0.25 | $475.00 | $118.75 |
| Dec 28, 2011 | Document Review:Reviewed subpoena | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Conference:Conference CLH with local counsel on award petition and subpoena | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Conference:Conference with CVL re legal research on subpoena | 0.25 | $475.00 | $118.75 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Dec 29, 2011 | Drafting:Drafted outline for objection to subpoena | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Correspondence:Email to CVL re subpoena objection. | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Research:Reviewed Class Action Reaction: Amended Rule 23 Enhances Judicial Supervision in Class Litigation BY JOSHUA B. GRAY AND MICHELLE H. SEAGULL | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Research:Reviewed Managing Class Action Litigation: A Pocket Guide for Judges Barbara J. Rothstein & Thomas E. Willging | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Research:Reviewed RULE 23 REVISIONS: TEN TIPS FOR PLAINTIFFS' LAWYERS* Jocelyn D. Larkin The Impact Fund 125 University Avenue Berkeley, California (510) 845-3473 jlarkin@impactfund.org Pamela Coukos Mehri & Skalet, PLLC 1300 19th Street, NW Suite 400 Washington D.C. 20036 (202) 822-5100 pcoukos@findjustice.com | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Research:Reviewed www.kellersettlements.com | 0.25 | $475.00 | $118.75 |
| Dec 29, 2011 | Research:Research on professional objector label | 0.50 | $475.00 | $237.50 |
| Dec 29, 2011 | Research:Research on standards on objection to subpoena and proper issuing court | 0.50 | $475.00 | $237.50 |
| Dec 29, 2011 | Drafting:Revised fee memo argument about comparing award to Sonics case and kavu fax case | 0.50 | $475.00 | $237.50 |
| Dec 29, 2011 | Drafting:Revised Award Petition | 1.75 | $475.00 | $831.25 |
| Dec 30, 2011 | Correspondence:Reviewed 12-27 email from CVL and related case law research | 0.25 | $475.00 | $118.75 |
| Dec 30, 2011 | Drafting:Revised Supp. Memo | 0.25 | $475.00 | $118.75 |
| Dec 30, 2011 | Drafting:Revised and Edited Award Petition | 0.50 | $475.00 | $237.50 |
| Dec 31, 2011 | Research:Reviewed Schonbrun article | 0.25 | $475.00 | $118.75 |
| Dec 31, 2011 | Drafting:Revised award petition | 1.75 | $475.00 | $831.25 |
| Jan 3, 2012 | Conference:Call with CVL | 0.25 | $475.00 | $118.75 |
| Jan 4, 2012 | Correspondence:Email to AWD. | 0.25 | $475.00 | $118.75 |
| Jan 10, 2012 | Conference:Conference with Langone about fee petition | 0.50 | $475.00 | $237.50 |
| Jan 11, 2012 | Correspondence:Drafted letter objection to subpoena | 0.25 | $475.00 | $118.75 |
| Jan 11, 2012 | Correspondence:Email to class counsel re discovery subpoena | 0.25 | $475.00 | $118.75 |
| Jan 11, 2012 | Drafting:Conference re award petition | 0.50 | $475.00 | $237.50 |
| Jan 11, 2012 | Conference:Conference with CVL re award petition | 0.50 | $475.00 | $237.50 |
| Jan 11, 2012 | Drafting:Drafted and revised supplemental memo re class counsel fees | 1.25 | $475.00 | $593.75 |
| Jan 11, 2012 | Drafting:Revising certification in support of award | 1.25 | $475.00 | $593.75 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Jan 12, 2012 | Conference:Conference re supplemental memo | 0.50 | $475.00 | $237.50 |
| Jan 12, 2012 | Conference:Conference with CVL re objection to class action. | 0.50 | $475.00 | $237.50 |
| Jan 12, 2012 | Drafting:Motion re protection re subpoena | 0.50 | $475.00 | $237.50 |
| Jan 12, 2012 | Drafting:Drafted brief re PPCAL issues for service award. | 1.50 | $475.00 | $712.50 |
| Jan 12, 2012 | Drafting:Revising Service Award legal section on mulchulsky std. | 1.75 | $475.00 | $831.25 |
| Jan 13, 2012 | Drafting:Motion to intervene for subpoena protection | 0.50 | $475.00 | $237.50 |
| Jan 13, 2012 | Drafting:Final revisions to award petition and certification | 2.25 | $475.00 | $1,068.75 |

|  |  |
|---|---|
| **Total:** | **$38,504.25** |
| **Total Payments:** | **$0.00** |
| **Amount Due:** | **$38,504.25** |

(null)

Sent from my iPhone