**From:** Mark Lavery <mtllaw@gmail.com>
**Subject:** **Lavery Law Firm Invoice #5**
**Date:** January 13, 2012 1:20:20 PM CST
**To:** "langonelaw@gmail.com" <langonelaw@gmail.com>
**Cc:** Mark Lavery <mtllaw@gmail.com>, Mark Lavery <mark@laverylawfirm.com>

**Lavery Law Firm**     **Invoice #5**

733 Lee Street     Oct 15, 2010

Suite 150     Client: Christopher V. Langone

847-813-7771     Reference #: Chris Langone

mark@laverylawfirm.com

**Project:** Classmates Objection

**Hours Detail:** (6.97 Hours)

| Date | Description | Hours | Price | Amount |
|---|---|---|---|---|
| Oct 14, 2010 | Federal Litigation Research:Reviewed and analyzed Affidavit in support of fees by Mark Griffin | 1.00 | $589.00 | $589.00 |
| Oct 14, 2010 | Federal Litigation Research:Reviewed and analyzed supplementary notice 8/30 exhibit | 0.25 | $589.00 | $147.25 |
| Oct 14, 2010 | Federal Litigation Research:Reviewed 8/30 order | 0.25 | $589.00 | $147.25 |
| Oct 14, 2010 | Federal Litigation Research:Reviewed and analyzed Notices of Objection 8/30 exhibit | 0.25 | $589.00 | $147.25 |
| Oct 14, 2010 | Federal Litigation Research:Reviewed and Analyzed letter regarding settlement 8/30 exhibit | 0.25 | $589.00 | $147.25 |
| Oct 14, 2010 | Federal Litigation Research:Reviewed and analyzed emails regarding settlement 8/30 exhibit | 0.25 | $589.00 | $147.25 |
| Oct 15, 2010 | Conference Federal Litigation:Call to Camille Nightingale from Seattle Debt Law re local counsel | 0.25 | $589.00 | $147.25 |
| Oct 15, 2010 | Conference Federal Litigation:Call Tsipin law re local counsel. Tsipin declined representation. | 0.25 | $589.00 | $147.25 |
| Oct 15, 2010 | Federal Litigation Research:Reviewed and Analyzed Kellner Objection | 0.75 | $589.00 | $441.75 |
| Oct 15, 2010 | Federal Litigation Research:Reviewed and Analyzed Redish Julian & Zyontz article Cy Pres Relief and the Pathologies of the Class Action | 0.75 | $589.00 | $441.75 |
| Oct 15, 2010 | Federal Litigation Research:Reviewed and analyzed Chalmers request to waive pro hac vice requirements and Order requiring compliance with Local Rules | 0.50 | $589.00 | $294.50 |
| Oct 15, 2010 | Federal Litigation Drafting:Drafted email to CVL re daily progress, research, Cy Pres objection outline and recent rulings | 0.25 | $589.00 | $147.25 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Oct 15, 2010 | Federal Litigation Drafting:Outline for Cy Pres Objection | 0.75 | $589.00 | $441.75 |
| Oct 15, 2010 | Conference Federal Litigation:Meeting with CVL re Chalmers objection about Cy Pres also discussed application of Redish article to objection that Cuvier fund should be distributed to claimaint class members | 1.22 | $589.00 | $718.58 |

|  |  |
|---|---|
| **Total:** | **$4,103.37** |
| **Total Payments:** | **$0.00** |
| **Amount Due:** | **$4,103.37** |

Sent from my iPad