From: Mark Lavery <mtllaw@gmail.com>
Subject: **Lavery Law Firm Invoice #8**
Date: January 13, 2012 1:06:36 PM CST
To: "langonelaw@gmail.com" <langonelaw@gmail.com>
Cc: Mark Lavery <mtllaw@gmail.com>, Mark Lavery <mark@laverylawfirm.com>

**Lavery Law Firm**            **Invoice #8**

733 Lee Street            Jan 13, 2012

Suite 150            Client: Christopher V. Langone

847-813-7771

mark@laverylawfirm.com

**Project:** Classmates Objection

**Hours Detail:** (26.75 Hours)

| Date | Description | Hours | Price | Amount |
| --- | --- | --- | --- | --- |
| Oct 17, 2010 | Federal Litigation Drafting:Drafted note to CVL re increasing common fund and possible use of dec action | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Federal Litigation Investigation:Analyzed revised settlement agreement. | 1.50 | $475.00 | $712.50 |
| Apr 6, 2011 | Conference Federal Litigation:Conference with Christina Henry re motion practice | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Conference Federal Litigation:Conference with SDLG associate Sean re pro hac vice | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Conference Federal Litigation:Conference with Langone re objection to preliminary approval | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Conference Federal Litigation:Call to Ted frank. Discussed classmates revised settlement | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Federal Litigation Investigation:Call to Amy Williams Derry | 0.25 | $475.00 | $118.75 |
| Apr 6, 2011 | Federal Litigation Research:Reviewed NACA guidelines | 0.75 | $475.00 | $356.25 |
| Apr 6, 2011 | Federal Litigation Research:Research on class notice. Research on simplification of email objections and encrypted email for accuracy. And email claim in. Also research on claim in bad for case with identifiable class members. | 1.75 | $475.00 | $831.25 |
| Apr 6, 2011 | Federal Litigation Drafting:Drafting objection outline brainstorm ides structure naca guidelines 9.5 to 2.5 million is inconscionable, class counsel unadequate, cy pres bad, notice and objection issue | 2.75 | $475.00 | $1,306.25 |
| Apr 6, 2011 | Federal Litigation Research:Research on email encryption for class objections or claim in | 0.50 | $475.00 | $237.50 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| Apr 7, 2011 | Federal Litigation Drafting:Outlining intervention motion to present objection to preliminary approve | 1.75 | $475.00 | $831.25 |
| Apr 7, 2011 | Federal Litigation Investigation:Investigating charities | 1.25 | $475.00 | $593.75 |
| Apr 8, 2011 | Federal Litigation Drafting:Revised objection to preliminary approval | 2.75 | $475.00 | $1,306.25 |
| Apr 11, 2011 | Federal Litigation Doc Review:Reviewed order on pro hac vice admission | 0.25 | $475.00 | $118.75 |
| Apr 11, 2011 | Federal Litigation Drafting:Drafted and finalized objection to motion for preliminary approval | 1.75 | $475.00 | $831.25 |
| Apr 11, 2011 | Federal Litigation Drafting:Drafted and finalized Motion to Intervene | 2.75 | $475.00 | $1,306.25 |
| Apr 12, 2011 | Conference Federal Litigation:Conference with CH SS and CVL re motion practice and objection to preliminary approval. | 0.25 | $475.00 | $118.75 |
| Apr 25, 2011 | Federal Litigation Doc Review:Reviewed Parties responses to motion to intervene | 1.25 | $475.00 | $593.75 |
| Apr 28, 2011 | Federal Litigation Drafting:Drafting response to motion to intervene | 3.25 | $475.00 | $1,543.75 |
| May 4, 2011 | Conference Federal Litigation:Call with Amy Derry Williams | 0.25 | $475.00 | $118.75 |
| May 19, 2011 | Federal Litigation Doc Review:Reviewed Judge Jones order on motion to intervene | 0.25 | $475.00 | $118.75 |
| May 19, 2011 | Federal Litigation Doc Review:Reviewed email from CH | 0.25 | $475.00 | $118.75 |
| Jun 29, 2011 | Federal Litigation Doc Review:Reviewed order re preliminary approval hearing | 0.25 | $475.00 | $118.75 |
| Jul 8, 2011 | Federal Litigation Doc Review:Reviewed order on preliminary approval | 0.25 | $475.00 | $118.75 |
| Jul 8, 2011 | Federal Litigation Drafting:Drafted email to CH and SS | 0.25 | $475.00 | $118.75 |
| Jul 11, 2011 | Federal Litigation Doc Review:Reviewed email from CH | 0.25 | $475.00 | $118.75 |
| Jul 27, 2011 | Federal Litigation Doc Review:Reviewed order on settlement agreement | 0.25 | $475.00 | $118.75 |
| Jul 27, 2011 | Federal Litigation Drafting:Email to CVL re Order | 0.25 | $475.00 | $118.75 |
| Aug 5, 2011 | Federal Litigation Doc Review:Reviewed plaintiff's motion for fees | 0.25 | $475.00 | $118.75 |
| Aug 25, 2011 | Federal Litigation Doc Review:Reviewed Email Notice | 0.25 | $475.00 | $118.75 |

|  |  |
|---|---|
| **Total:** | $12,706.25 |
| **Total Payments:** | $0.00 |
| **Amount Due:** | $12,706.25 |

Sent from my iPad