Web-Based Email :: Print                                                                                           Page 1 of 1

Print | Close Window

Subject: Classmates Litigation 09-CV-0045-RAJ
From: "Michael J. Schulz" <mjschulz@mjschulz.com>
Date: Thu, Nov 17, 2011 2:36 pm
To: <objections@cmemallsettlement.com>
Attach: Objection Letter.pdf

Dear Sirs:

Attached please find an Adobe PDF file, named Objection Letter.pdf, containing my objection to the settlement in the Classmates.com class action lawsuit, namely, Case No 09-CV-0045-RAJ.

Thank you for your consideration in this matter.

Michael J. Schulz
4N600 Powis Road
Wayne, Illinois 60184

Cell – (630) 258-9472

Copyright © 2003-2011. All rights reserved.



09-CV-00045-WV

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472
Email: mjschulz@mjschulz.com

November 17, 2011

Via Federal Express
Clerk of the Court
Pro Se, Civil Intake
U.S. District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

RE: Case No. 09-cv-0045-RAJ; *In re Classmates.com Consolidated Litigation*; In the United States District Court for the Western District of Washington.

My name, mailing address, telephone number are as follows:

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472

My claim form and confirmation of filing the claim form is attached for reference. My signature is below as required by the notice I received.

I object to the settlement in the Classmates.com class action, Case No. 09-45RAJ.

My primary objection to this settlement is that the compensation to each class member bears no relationship whatsoever to (1) the actual injury or (2) the value of each person's claim. Instead, the defendant is paying a completely arbitrary amount of money -- $2.5 million -- that will be spread around all claimants. If there is one claimant, that claimant will receive $2.5 million. If there are 10,000,000 claimants, each claimant will receive $0.25. Why should the amount of claimants determine how a class member is compensated? Objection is also made to the class notice in that it suggests each class member will receive about $10. That is misleading, and objection is made to the extent the proponents of the settlement fail to disclose this information to the Court at the fairness hearing

Moreover, according to filings of class counsel, there may be as many as 60 million class members. Class counsel's anticipated redemption rate of 0.41% to get to its estimated payout of $10 per class member only shows the difficult claims process, highlighted by a claims period that ends even prior to the fairness hearing. Alternatively, if the

redemption rate is higher, it shows how misleading the class notice was in suggesting the likely recover per class member is $10. If $10 is indeed a fair settlement for each class member, then the class settlement should have been for $10 per class member with a claims process that encouraged redemptions.

Objection is made to the attorneys' fees and costs on a percentage of recovery methodology. This is a $2.5 million settlement. 25% of $2.5 million is $625,000 Under no circumstances should class counsel receive more than $625,000 in attorneys' fees, and the Court should not reward class counsel for their cleverness in negotiating a separate cash award for their fees. The defendant presumably does not care whether it pays the settlement to class counsel or to the class, however class counsel has a natural incentive to favor their own interests over the interests of the class. By attempting to negotiate a separate pool of cash for their own fees, class counsel compromised their client's interests in favor of their own and therefore objection is made based upon class counsel's conflict of interest.

Objection is also made to the class notice's failure to adequately disclose the amount of "costs." Class counsel should not be able to recover undisclosed costs. The class notice should have said something along the lines of "costs sought by class counsel will not exceed $35,000" or language to that effect.

Sincerely,

Michael J. Schulz

cc:
Via Email: objections@cmcmailsettlement.com

| | |
|---|---|
| U.S. District Court<br>Classmates Litigation 09-45RAJ<br>700 Stewart Street, Ste. 13128<br>Seattle, WA 98101<br>The Court | *Via Certified Mail-RRR* |
| Keller Rohrback, LLP<br>Mark A. Griffen<br>1201 Third Avenue, Ste. 3200<br>Seattle, WA 98101<br>Class Counsel | *Via Certified Mail-RRR* |
| DLA Piper LLP (US)<br>Stellman Keehnel<br>701 Fifth Avenue, Ste 7000<br>Seattle, WA 98104<br>Defense Counsel | *Via Certified Mail-RRR* |