```
___ FILED
___ LODGED     MAIL
___ RECEIVED

JUL 12 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE CLASSMATES.COM
CONSOLIDATED LITIGATION

Plaintiff(s),

v.

Defendant(s).

NOTICE OF CIVIL APPEAL

MASTER CASE NO. C09-45RAJ
(Case Number)

HON. RICHARD A. JONES
(District Court Judge)

Notice is hereby given that Michael J. Schulz, Objector
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Order [211] and Order Certifying Stmt Class & App. Class Action Stmt [212] & Judg. & Two Yr. Injunction [213]
(Name of Order/Judgment)

entered in this action on Jun 15, 2012
(Date of Order)

Michael J. Schulz
4N600 Powis Road
Wayne, IL 60184
T: (630) 258-9472

Jul 12, 2012

Dated

Name, Address and Phone Number of Counsel for Appellant
or Appellant/Pro Se

NOTICE OF CIVIL APPEAL

09-CV-00045-APP