## ATTORNEY TIME OF CHRISTINA HENRY RELATED TO SUBPOENAS

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Dec-27-11 | Refusal of service of summons to C. Langone and M. Lavery and Telephone call and E-mail to A. Williams-Derry re same. | 0.20 | 56.00 | CLH |
| Dec-29-11 | Compose e-mail to M. Lavery and C. Langone re unsigned fee agreements. | 0.10 | 28.00 | CLH |
| Dec-30-11 | Review e-mail from A. Williams-Derry re subpoena. | 0.20 | 58.00 | CLH |
| Jan-03-12 | Review of e-mail from M. Lavery to A. Williams-Derry re address and subpoena. | 0.20 | 58.00 | CLH |
| Jan-10-12 | Review e-mail from C. Langone to A. Williams-Derry re rules for service of Subpoena. | 0.30 | 87.00 | CLH |
| Jan-12-12 | Telephone call w. M. Lavery and C. Langone re fee application. | 0.20 | 58.00 | CLH |
| Jan-13-12 | Review e-mail from M. Lavery re subpoena harrassment. | 0.10 | 28.00 | CLH |
| | Review e-mail wiht letter attachments from 1-11-2012 re letters from A. Williams-Derry. | 0.30 | 87.00 | CLH |

total: $460.00