The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE CLASSMATES.COM<br>CONSOLIDATED LITIGATION | Case No.  CV 09-45 RAJ<br><br>OBJECTOR LANGONE'S MOTION<br>FOR SANCTIONS PURSUANT TO 28<br>U.S.C. 1927 |

**PROPOSED ORDER**

Objector Christopher V. Langone's motion for sanctions pursuant to 28 U.S.C. 1927 is granted.

Attorneys Amy Williams Derry and Brian Kabatek are sanctioned in the amount of $5091.25, for which they are jointly and severally liable.

ENTERED:

-----------------------------------
Hon. Richard A. Jones
United States District Judge


Date: ---------------------