UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: CLASSMATES.COM
CONSOLIDATED LITIGATION

Case No.: C09-00045-RAJ

___ FILED
___ LODGED     MAIL
___ RECEIVED

JUL 18 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY

## AMENDED NOTICE OF APPEAL
## TO THE U. S. COURT OF APPEALS FOR THE NINTH CIRCUIT

Notice is hereby given that Objector, Brent Clifton, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Order of Judgment and Dismissal with Prejudice, DKT 211 entered in Cause Number C09-00045-RAJ on the 15 day of June, 2012, the Order Certifying Settlement Class and Approving Class Action Settlement, DKT 212 entered in Cause Number C09-00045-RAJ on June 15, 2012 and the Judgment and Two-Year Injunction, DKT 213 entered in Cause Number C09-00045-RAJ on the 15 day of June, 2012.

*Brent Clifton*
Brent Clifton, Per se
2200 Ross Avenue, Suite 2200
Dallas, TX 75201

Dated: July 16, 2012.

09-CV-00045-APP

Notice of Appeal, Page 1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon the following by **Federal Express overnight delivery** on July 17, 2012:

**Fed Ex Airbill Tracking No. 8008 0928 5510**
Clerk of the Court
United States District Court
Classmates Litigation 09-45RAJ
700 Stewart Street, Suite 13128
Seattle, WA 98101


I hereby certify that a copy of the above and foregoing document has been served upon the following by **US Mail** on July 17, 2012:

Mark A. Griffin
Keller Rohrback, L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101

Stellman Keehnel
DLA Piper, LLP (US)
701 Fifth Avenue, Suite 7000
Seattle, WA 98101

_____
Brent Clifton