FILED
AUG 27 2012
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL J SCHULZ,<br><br>     Objector - Appellant,<br><br>  v.<br><br>CLASSMATES ONLINE, INC., a Washington corporation; et al.,<br><br>     Defendants - Appellees. | No. 12-35593<br><br>D.C. No. 2:09-cv-00045-RAJ<br>Western District of Washington, Seattle<br><br>ORDER |

Appellants' unopposed motion for voluntary dismissal of the case under Federal Rule of Appellate Procedure 42(b) is granted.

A copy of this order sent to the district court shall act as and for the mandate of this court.

For the Court:

MOLLY C. DWYER
Clerk of the Court

Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

20AUG2012/LBS/Pro Mo